**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>ZOOSK, INC., a Delaware corporation; and SPARK NETWORKS SE, a German corporation,<br><br>        Defendants. | Case No. 3:20-cv-04929-WHA<br><br>Assigned to Hon. William Alsup, CR 12<br><br>**[PROPOSED] ORDER LIFTING STAY PURSUANT TO STIPULATION**<br><br>(*Filed concurrently with Stipulation*] |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to the Stipulation of the Parties and upon good cause shown, IT IS HEREBY ORDERED that the stay imposed by paragraph 1 of the Court's order dated March 22, 2021 is hereby lifted and otherwise the provisions of that order shall remain in place.

**IT IS SO ORDERED**.

DATED: _____May 6, 2021._____       _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER LIFTING STAY
3:20-cv-04929-WHA