1  DOUGLAS H. MEAL (*admitted pro hac vice*)
   dmeal@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759
6
   Attorneys for Defendants
7  ZOOSK, INC. and SPARK NETWORKS SE

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ZOOSK, INC., a Delaware corporation, and SPARK NETWORKS SE, a German corporation,<br><br>                    Defendants. | Case No. 3:20-cv-4929-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZOOSK INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND CAUSE OF ACTION**<br><br>Date:       September 16, 2021<br>Time:       8:00 a.m.<br>Location:  Courtroom 12, 19th Floor<br>               450 Golden Gate Ave.<br>               San Francisco, California<br><br>Judge:      The Honorable William Alsup |

1   Presently before the Court is Defendant Zoosk, Inc.'s ("Zoosk's") Motion to Dismiss Plaintiffs' Second Cause of Action in the Second Amended Complaint, filed July 27, 2021. Having considered the parties' written submissions and arguments, the Court GRANTS the Motion.

The Court finds that Plaintiffs' Second Cause of Action in the Second Amended Class Action Complaint against Defendant Zoosk must be dismissed for failure to state a cognizable claim for relief.

Accordingly, IT IS HEREBY ORDERED THAT Defendant Zoosk's Motion is GRANTED. Plaintiffs' Second Cause of Action in the Second Amended Class Action Complaint against Defendant Zoosk is hereby dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                                                                    HON. WILLIAM ALSUP
                                                                                                                    United States District Judge