UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, on behalf of classes of similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZOOSK, INC.,<br><br>  Defendant. | No. C 20-04929 WHA<br><br>**ORDER REQUESTING CLARIFICATION** |

Plaintiffs may have filed the incorrect version of the Second Amended Complaint along with the motion to amend (*see* Dkt. No. 78-1 at ¶ 91). Plaintiffs should please file any correction no later than **AUGUST 24 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 19, 2021.

                                                                      _____
                                                                      WILLIAM ALSUP
                                                                      UNITED STATES DISTRICT JUDGE