DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:     +1 617 880 1800
Facsimile:     +1 617 880 1801

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLOREZ-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation; and SPARK NETWORKS SE, a German corporation,<br><br>Defendants. | Case No. 4:20-cv-4929-KAW<br><br>**STIPULATION AND ORDER REGARDING OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**<br><br>L.R. 6-1(a) |

1    Plaintiffs Juan Flores-Mendez and Amber Collins ("Plaintiffs") and Defendant Zoosk, Inc.
2 ("Zoosk") hereby stipulate to the following:
3    WHEREAS Plaintiffs served their Notice of Deposition Pursuant to Federal Rule of Civil
4 Procedure 30(b)(6) (the "Notice") on May 18, 2021;
5    WHEREAS Plaintiffs' counsel and Zoosk's counsel met and conferred regarding the
6 Notice on September 9, 2021; and
7    WHEREAS the parties agreed that, as to certain of Zoosk's objections to the Notice, it
8 would be the most efficient use of the parties' and the Court's resources to stipulate to preserve all
9 rights with respect to those objections rather than have Zoosk file and Plaintiffs respond to a motion
10 for a protective order as to those objections;
11    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Zoosk
12 through their respective attorneys as follows:
13    1. The deposition sought by the Notice shall occur on October 12, 2021, commencing at
14 9:00 am in the New York office of Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St, New York,
15 NY 10019.
16    2. The topics set forth in the Notice are modified to reflect the changes shown in Exhibit A
17 hereto.
18    3. The parties' rights are expressly reserved with respect to any objection Zoosk may have
19 to the Notice based on one or more of the grounds set forth by Zoosk in its General Objections to
20 Plaintiffs' First Document Requests and Plaintiffs' First Set of Interrogatories (the "Preserved
21 Zoosk Objections").  Accordingly, Zoosk need not seek a protective order to preserve its rights as
22 to the Preserved Zoosk Objections and will not be deemed to have waived any of the Preserved
23 Zoosk Objections by proceeding with the deposition sought by the Notice without having first
24 sought a protective order based on the Preserved Zoosk Objection in question.
25    //
26    //
27    //
28    //

Likewise, Plaintiffs will not be deemed to have acknowledged the validity of any of the Preserved Zoosk Objections by going forward with the deposition sought by the Notice subject to the Preserved Zoosk Objections.

Dated: September 24, 2021　　　　　　　FOR THE PEOPLE

By: _____*/s/     Ryan McGee*_____
　　　　　　　RYAN MCGEE
　　　　　Attorneys for Plaintiffs
　Juan Flores-Mendez and Amber Collins

Dated: September 24, 2021　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Rebecca Harlow*_____
　　　　　REBECCA HARLOW
　　　　Attorneys for Defendants
　　Zoosk, Inc. and Spark Networks SE

SO ORDERED, this _____ day of _____ , 2021,

_____
Hon. William H. Alsup
United States District Judge

**EXHIBIT A**

1. How the hacking group ShinyHunters perpetuated the Breach, exfiltrated consumers' PII, and when the Breach occurred, including but not limited to the investigations and analyses that led to those determinations, when those determinations were made, and who made those determinations;

2. When and how You discovered the Breach;

3. The nature and extent of the PII, information, or data that was compromised in the Breach, the period of time during which the compromise occurred, the number of users or consumers affected by the Breach, the investigations and analyses that led to those determinations, when those determinations were made, and the persons involved in making those determinations;

4. The measures You or others on Your behalf have taken from January 1, 2019 to July 22, 2020 to ensure the security of PII, including: the use of firewalls, encryption, and other industry-standard techniques to segment PII from the remainder of Your computer networks and/or computer systems (including any cloud infrastructure); the implementation of protocols that encrypt or otherwise protect PII from unauthorized disclosure; and remedying any potential vulnerabilities in Your computer networks and/or computer systems (including any cloud infrastructure), code, or other electronic devices, storage devices, and software to prevent data breaches or data disclosures.

5. The information-security related measures You or others on Your behalf have been advised to take in response to the Breach with respect to Your computer networks and/or computer systems (including any cloud infrastructure), or Your other electronic devices, storage devices, and software.

6. The information-security related measures You or others on Your behalf have taken in response to the Breach with respect to Your computer networks and/or computer systems (including any cloud infrastructure), or Your other electronic devices, storage devices, and software, including those measures which you plan to take and the schedule for the implantation or completion of those measures.

**Attestation re Electronic Signatures**

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2021          By:  */s/ Rebecca Harlow*
                                        REBECCA HARLOW