DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:     +1 617 880 1800
Facsimile:      +1 617 880 1801

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendants

(Additional counsel listed on following page)

|  |  |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation; and SPARK NETWORKS SE, a German corporation,<br><br>　　　　　　　　Defendants. | **CASE NO: 3:20-cv-04929-WHA**<br>**[Assigned to Hon. William H. Alsup, CR 12]**<br><br><br>**STIPULATED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**<br><br><br><br><br><br>Complaint filed July 22, 2020 |

1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

**BRADLEY/GROMBACHER, LLP**
Robert N. Fisher (SBN 302919)
477 Madison Avenue, Suite 6000
New York, NY 10022
Telephone: (805) 270-7100
E-Mail: rfisher@bradleygrombacher.com

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile:  (310) 510-6429
Email: zach@crosnerlegal.com
         mike@crosnerlegal.com

**FOR THE PEOPLE**
*(Admitted Pro hac Vice)*
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email:  jyanchunis@forthepeople.com
         rmcgee@forthepeople.com

1  WHEREAS on March 15, 2021, Plaintiffs Juan Flores-Mendez and Amber Collins and Defendants Zoosk, Inc. and Spark Networks SE filed a Stipulation Pursuant to Federal Rule of Evidence 502(d) (ECF No. 070), a copy of which is attached hereto;

WHEREAS Federal Rule of Evidence 502(d) states that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding.";

WHEREAS on May 6, 2021, Plaintiffs voluntarily dismissed Defendant Spark Networks SE from this action without prejudice; and

WHEREAS Plaintiffs and Defendant Zoosk, Inc. desire the protection of Federal Rule of Evidence 502(d) for any disclosure in this action falling within the scope of the Stipulation Pursuant to Federal Rule of Evidence 502(d),

THE PARTIES THEREFORE STIPULATE AS FOLLOWS:

The Parties jointly request that the Stipulation Pursuant to Federal Rule of Evidence 502(d) be adopted as an order of this Court.

| | | |
|---|---|---|
| Dated: September 24, 2021 | | FOR THE PEOPLE |

BY: _____/S/_____Ryan Mcgee_____
RYAN MCGEE
ATTORNEYS FOR PLAINTIFFS
JUAN FLORES-MENDEZ AND AMBER COLLINS

Dated: September 24, 2021          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Rebecca Harlow_____
REBECCA HARLOW
Attorneys for Defendants
Zoosk, Inc. and Spark Networks SE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
HON. WILLIAM H. ALSUP
United States District Judge

**Attestation re Electronic Signatures**

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2021       By:      */s/ Rebecca Harlow*
                                         REBECCA HARLOW