UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,

        Plaintiffs,

  v.

ZOOSK, INC.,

        Defendant.

No. C 20-04929 WHA

**ORDER RE [90] [91] STIPULATED REQUESTS FOR EVIDENTIARY RULINGS**

As for Dkt. No. 90, the parties are reminded of their obligations under the federal rules. *See* FRCP 26(c), 30(b)(6). The stipulation is **DENIED WITHOUT PREJUDICE** to a better explanation.

As for Dkt. No. 91, parties have not offered even a sentence to explain why an order under FRE 502(d) is necessary. A claw-back provision would seem to cover the same concern about inadvertent disclosures without the broad sweep of a Rule 502(d) order. This, too, is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 30, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE