UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br>Defendant. | No. C 20-04929 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

Defendant Zoosk has filed a discovery letter brief asking for an order compelling responses to Interrogatory 13 and the 14 RFPs at issue.

Plaintiffs may have until **JANUARY 10 AT 8 P.M.** to file any response. A telephonic hearing is scheduled for **JANUARY 11 AT 11:00 A.M**.

**IT IS SO ORDERED.**

Dated: January 8, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE