UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>  Defendant. | No. C 20-04929 WHA<br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART PLAINTIFFS' MOTION FOR RELIEF FROM CASE-MANAGEMENT SCHEDULE** |

Plaintiffs have moved to extend all dates in the case by 90 days (Dkt. No. 124). Plaintiffs filed the motion at 5:47 PM PST on Friday, January 21st. Today, January 24, 2022, has been the deadline to move for class certification since it was set on November 22, 2021 (Dkt. No. 101). It is disappointing that plaintiffs' counsel offer no explanation whatsoever for this eleventh-hour request. Plaintiffs represent that Zoosk would agree to a 10-day extension to the class-certification deadline only. Given, however, that depositions loom on February 8 and 10 (so set due to COVID-19 and consulate arrangements), the motion is **GRANTED IN PART** to the following extent: The deadline to move for class certification is **FEBRUARY 14, 2022, AT NOON**. This is to permit a brief window for plaintiffs to develop the record for class certification, in the interest of judicial economy. Deadlines to respond and reply are likewise

1  continued to **MARCH 7, 2022, AT NOON**, and **MARCH 14, 2022, AT NOON,** respectively (*see*

2  Dkt. Nos. 103, 104 regarding prior agreements about the briefing schedule).

3  A ruling on the balance of the motion for relief from the case management schedule is

4  **DEFERRED**.  Defendant shall respond, if at all, to the balance of the motion for relief from the

5  case management schedule by **MONDAY**, **JANUARY 31, 2022, AT NOON**.  The hearing noticed

6  for February 24, 2022, is hereby **VACATED**.

7  Plaintiffs' counsel should take care, in future, to notice motions for hearing before the

8  correct judge.

9  **IT IS SO ORDERED.**

10  Dated:  January 24, 2022.

   _____
   WILLIAM ALSUP
   UNITED STATES SENIOR DISTRICT JUDGE

2