1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq.  (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:   (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com
         lking@bradleygrombacher.com

*Attorneys for Plaintiffs and the Putative Class*

(Additional counsel listed on following page)

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>            Defendant. | **CASE NO: 3:20-cv-04929-WHA**<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF PLAINTIFFS' LIMITED OPPOSITION TO DEFENDANT'S MOTION FOR DISMISSAL OF PLAINTIFF AMBER COLLINS' CLAIMS PURSUANT TO FED.R.CIV.PRO. 21(b)**<br><br>Date:      March 24, 2022<br>Time:      8:00 a.m.<br>Court:     Courtroom 12, 19th Floor<br>           Hon. William Alsup |

1

<u>**Additional Counsel for Plaintiffs and the Putative Class:**</u>

2

**CROSNER LEGAL P.C.**

3

Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)

4

433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210

5

Telephone: (310) 496-4818
Facsimile: (310) 510-6429

6

Email: zach@crosnerlegal.com

7

mike@crosnerlegal.com

8

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

9

(*Admitted Pro hac Vice*)

10

John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)

11

201 N Franklin St., 7th Floor
Tampa, FL 33602

12

Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com

13

rmcgee@forthepeople.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

I, Kiley L. Grombacher, Declare:

2

1.     I am an attorney licensed to practice before all courts of the state of California. I

3

am a member in good standing of the state bar of California and admitted to practice before this

4

court. I am counsel for plaintiffs Juan Flores-Mendez and Amber Collins ("Plaintiffs") in this

5

proposed class action.

6

2.     This declaration is filed in limited opposition to the Motion for Dismissal of

7

Plaintiff Amber Collins' Claims Pursuant to Fed.R.Civ.Pro. 21(b).

8

3.     Plaintiff Collins filed this action on July 22, 2020, as one of two putative class

9

representatives.

10

4.     During the pendency of this action, Plaintiff Amber Collins ("Plaintiff Collins")

11

has participated in the litigation.  Such participation included searching for documents and working

12

with her counsel to respond to discovery and supplement such discovery.

13

5.     While Plaintiff Collins communicated with our office fairly routinely at the

14

inception of the litigation, all response and communication effectively ceased in or about

15

December of 2021.  Our office repeatedly attempted to communicate with and locate Plaintiff

16

Collins to no avail.

17

6.     To assist in the effort to locate Plaintiff Collins, our office retained a private

18

investigator.  On January 27, 2022, we received a report from the investigator informing us that

19

Plaintiff Collins was in the custody of the Ventura County Sherriff's Department.

20

7.     Our internal investigation confirmed such information.  Attached hereto as Exhibit

21

A is a true and correct copy of a print out from the Ventura County Superior Court regarding

22

Plaintiff Collins.

23

8.     On February 3, 2022, I was permitted a non-contact visit with Plaintiff Collins.  She

24

has agreed to dismissal of this action without prejudice.

25

9.     Attached hereto as Exhibit B is a true and correct copy of email serving

26

Defendant with Plaintiff's signed verifications as to her response to Special Interrogatories.

27

I declare under penalty of perjury under the laws of the United States of America and the

28

3

1  State of California that the foregoing is true and correct and to my best knowledge.

2  Executed this 11th day of February, 2022 at Westlake Village, California.

3

4                                                    /s/ Kiley L. Grombacher

5                                                    Kiley L. Grombacher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4