1  DOUGLAS H. MEAL (*admitted pro hac vice*)
   dmeal@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   222 Berkeley Street
3  Suite 2000
   Boston, MA  02116-3740
4  Telephone:    +1 617 880 1800
   Facsimile:    +1 617 880 1801
5
   REBECCA HARLOW (STATE BAR NO. 281931)
6  rharlow@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  The Orrick Building
   405 Howard Street
8  San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
9  Facsimile:    +1 415 773 5759

10 Attorneys for Defendant Zoosk, Inc.

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14 | JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals, | Case No. 3:20-cv-4929-WHA |
|---|---|
| | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiffs, | JUDGE:   The Honorable William Alsup |
| v. | |
| ZOOSK, INC., a Delaware corporation, | |
| Defendant. | |

1  PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Justine B. Deitz will cease to be involved as counsel of record in the above-captioned matter because after March 4, 2022 she will no longer be an employee of Orrick Herrington & Sutcliffe LLP.

All other counsel from the law office of Orrick, Herrington & Sutcliffe LLP who have appeared in this matter will continue to represent Zoosk, Inc.

DATED: March 2, 2022

                                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           */s/ Rebecca Harlow*
                                           Rebecca Harlow
                                           Attorney for Zoosk, Inc.