1  DOUGLAS H. MEAL (*admitted pro hac vice*)
   dmeal@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   222 Berkeley Street
3  Suite 2000
   Boston, MA  02116-3740
4  Telephone:   +1 617 880 1800
   Facsimile:   +1 617 880 1801
5
   REBECCA HARLOW (STATE BAR NO. 281931)
6  rharlow@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  The Orrick Building
   405 Howard Street
8  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
9  Facsimile:   +1 415 773 5759

10 Attorneys for Defendant Zoosk, Inc.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals, | Case No. 3:20-cv-4929-WHA |
   | --- | --- |
   | | **NOTICE OF APPEARANCE** |
   | Plaintiffs, | |
   | v. | JUDGE:   The Honorable William Alsup |
   | ZOOSK, INC., a Delaware corporation, | |
   | Defendant. | |

PLEASE TAKE NOTICE that Lauren M. Kessler of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant Zoosk, Inc. ("Zoosk").

Zoosk hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>Lauren M. Kessler
>lkessler@orrick.com
>Orrick, Herrington & Sutcliffe LLP
>405 Howard Street
>San Francisco, CA  94105-2669
>Telephone:     +1415-773-5700
>Facsimile:      +1 415-773-5759

Dated: March 23, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         By:       */s/ Lauren M. Kessler*
                                              LAUREN M. KESSLER
                                         Attorneys for Defendant Zoosk, Inc.