| | |
|---|---|
| DOUGLAS H. MEAL (*admitted pro hac vice*)<br>dmeal@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street<br>Suite 2000<br>Boston, MA  02116-3740<br>Telephone:     +1 617 880 1800<br>Facsimile:      +1 617 880 1801<br><br>REBECCA HARLOW (STATE BAR NO. 281931)<br>rharlow@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:     +1 415 773 5700<br>Facsimile:      +1 415 773 5759<br><br>Attorneys for Defendant<br>ZOOSK, INC. | BRADLEY/GROMBACHER, LLP<br>Marcus J. Bradley, Esq. (SBN 174156)<br>Kiley L. Grombacher, Seq. (SBN 245960)<br>Lirit A. King, Esq. (SBN 252521)<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>Telephone: (805) 270-7100<br>Facsimile: (805) 270-7589<br>E-mail:<br>mbradley@bradleygrombacher.com<br>kgrombacher@bradleygrombacher.com<br>lking@bradleygrombacher.com<br><br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>John A. Yanchunis (*admitted pro hac vice*)<br>Ryan McGee (*admitted pro hac vice*)<br>201 N Franklin St., 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Email: jyanchunis@forthepeople.com<br>          rmcgee@forthepeople.com<br><br>CROSNER LEGAL P.C.<br>Zachary M. Crosner (SBN 272295)<br>Michael R. Crosner (SNC 41299)<br>433 N. Camden Dr., Suite 400<br>Beverly Hills, CA 90210<br>Telephone: (310) 496-4848<br>Facsimile: (310) 510-6429<br>Email: zach@crosnerlegal.com<br>          mike@crosnerlegal.com<br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and on behalf of classes of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:20-cv-4929-WHA<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND |

For the reasons set forth by Plaintiff Juan Flores-Mendez and Defendant Zoosk, Inc. (together, the "Parties") in their Joint Stipulation to Extend Time to Answer or Otherwise Respond, the Court ORDERS that:

1. The current due date for Defendant's Answer or Response is vacated; and
2. The deadline for Defendant to answer or otherwise respond to the operative complaint shall be fourteen days after, pursuant to the Court's prior orders, Plaintiff either files an amended complaint adding Ms. Greenamyer as a named plaintiff in this action or is precluded from filing such an amended complaint.

**IT IS SO ORDERED.**

Dated: April 14, 2022

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE