UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN FLORES-MENDEZ, et al.,

    Plaintiffs,

v.

ZOOSK, INC.,

    Defendant.

No. C 20-04929 WHA

**ORDER SETTING DEADLINE FOR RESPONSE TO DISCOVERY LETTER**

Any response by plaintiffs to Dkt. No. 182 is due **TUESDAY APRIL 26 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 23, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE