1  DOUGLAS H. MEAL (*admitted pro hac vice*)
   dmeal@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   222 Berkeley Street
3  Suite 2000
   Boston, MA  02116-3740
4  Telephone:     +1 617 880 1800
   Facsimile:     +1 617 880 1801

5  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759

9  Attorneys for Defendant
   ZOOSK, INC.

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Seq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-mail:
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (*admitted pro hac vice*)
Ryan McGee (*admitted pro hac vice*)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
       rmcgee@forthepeople.com

CROSNER LEGAL P.C.
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SNC 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4848
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
       mike@crosnerlegal.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-4929-WHA<br><br>**[~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE** |

For the reasons set forth by Plaintiff Juan Flores-Mendez and Defendant Zoosk, Inc. (together, the "Parties") in their Joint Stipulation Regarding Case Schedule, the Court ORDERS that:

1. The cut-off for non-expert discovery remains April 29, 2022 except as outlined herein;
2. Plaintiffs' Fourth Amended Class Action Complaint shall be filed April 29, 2022;
3. As to fact discovery regarding Ms. Greenamyer:
    a. Defendant will have three business days following filing of the amended complaint (until May 4, 2022) to propound written discovery requests on Ms. Greenamyer (the "Requests");
    b. As to all Requests that are substantively identical to a request previously propounded upon Plaintiff Flores-Mendez, Ms. Greenamayer will have seven days (until May 11, 2022) to serve written responses and produce any documents identified in those responses;
    c. As to all Requests that are not substantively identical to a request previously propounded upon Plaintiff Flores-Mendez, Ms. Greenamyer will in good faith attempt to serve written responses and produce any documents identified in those responses within the same seven days (by May 11, 2022);
    d. Defendant will take the oral deposition of Ms. Greenamyer within fourteen days of the deadline for the production of Ms. Greenamyer's discovery responses and document production identified in section 3(b) above (on or before May 25, 2022) but is permitted to leave open and continue the deposition of Ms. Greenamyer as to any discovery response or document production made either fewer than 72 hours prior to or at any time after Ms. Greenamyer's deposition;
4. The deadlines for expert discovery are continued as follows:
    a. Disclosure of opening expert reports remains April 29, 2022;
    b. Disclosure of opposition expert reports is continued until seven days after the oral deposition of Ms. Greenamayer (June 1, 2022);
    c. Disclosure of reply expert reports is continued until seven days after disclosure of opposition expert reports (June 8, 2022);

1         d. Expert discovery shall conclude fourteen days after disclosure of reply expert

2            reports (June 22, 2022)

3    5. Class certification briefing shall proceed as follows:

4         a. Plaintiff's class certification motion shall be due May 20, 2022; **and proceed on a 35-day track.**

5         b. ~~Defendant's opposition to class certification motion shall be due twenty-one days~~

6            ~~after filing of the class certification motion (June 10, 2022);~~

7         c. ~~Plaintiff's reply brief in support of the class certification motion shall be due~~

8            ~~fourteen days after filing of opposition to class certification (June 24, 2022);~~

9         d. ~~Class certification hearing shall occur fourteen days after filing of Plaintiff's reply~~

10           ~~brief (July 8, 2022), or a soon thereafter as is convenient for the Court;~~

11   6. All other case deadlines are continued as follows:

12        a. Last date for dispositive motions is continued until thirty days after the hearing on

13           class certification motion (August 7, 2022);

14        b. Final pre-trial conference is continued until sixty days after the deadline for filing

15           dispositive motions (~~October 6, 2022~~ **October 12, 2022**), or as soon thereafter as is convenient for the

16           Court;

17        c. Jury trial is continued until ~~October 19, 2022~~ **October 17, 2022**, or as soon thereafter as is convenient

18           for the Court.

20 **IT IS SO ORDERED.**

22 Dated: April 29, 2022

                                          THE HONORABLE WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE