DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
MATTHEW D. LABRIE (*admitted pro hac vice*)
mlabrie@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:     +1 617 880 1800
Facsimile:      +1 617 880 1801

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant Zoosk, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACEY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-4929-WHA<br><br>**JOINT NOTICE OF ERRATA**<br><br>JUDGE:    The Honorable William Alsup |

Defendant Zoosk, Inc. ("Zoosk") and Plaintiffs Juan Flores-Mendez and Tracey Greenamyer ("Plaintiffs" and, together, the "Parties") respectfully submit this errata sheet to correct the following error in the Proposed Order (ECF 193.02) that accompanied Defendant's Unopposed Motion Regarding Class Certification Briefing ("Motion") (ECF 193).

In the Motion, Defendant requested the class certification briefing schedule be set on a 49-day track with the following due dates:

- The deadline for Plaintiffs to move for class certification shall remain May 20, 2022;
- The deadline for Defendant to oppose the motion for class certification shall be June 10, 2022;
- The deadline for Plaintiffs to file a reply shall be June 24, 2022.

However, in the Proposed Order, which the Court entered on March 11, 2022 (ECF 194), Defendant inadvertently listed June 14, 2022 as Plaintiff's reply date, as opposed to June 24, 2022 as requested in the Motion.

The below chart identifies the error and the corrected text:

| Cite | Current Text in Proposed Order (ECF 193.02) and Order (ECF 194) Regarding Class Certification Briefing | Corrected Text |
|---|---|---|
| Line 17 | "Plaintiff's reply is due June 14, 2022." | "Plaintiff's reply is due June 24, 2022." |

Dated: May 13, 2022

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:   /s/ Douglas H. Meal
DOUGLAS H. MEAL
Attorney for Defendant
Zoosk, Inc.

Dated: May 13, 2022

**BRADLEY/GROMBACHER LLP**

By:   /s/ Kiley L. Grombacher
KILEY L. GROMBACHER
Attorney for Plaintiffs
Juan Flores-Mendez &Tracey Greenamyer