**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq.  (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:   (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com
         lking@bradleygrombacher.com

*Attorneys for Plaintiffs*

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACY GREENAMYER, an individual, on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No: 3:20-cv-04929-WHA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**The Honorable William Alsup**<br>**Date:** July 7, 2022<br>**Time:** 8:00 a.m.<br>**Courtroom:** 12, 19th Floor |

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
       mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis (*admitted pro hac vice*)
Ryan McGee (*admitted pro hac vice*)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
       rmcgee@forthepeople.com

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 7, 2022 at 8:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable William Alsup, Courtroom 12, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, California, Plaintiff will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, to grant Plaintiff's Motion for Class Certification in connection with the classes specified below under the following causes of action alleged in the Fourth Amended Complaint: (i) negligence; and (ii) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq.*

## I. Plaintiff's Proposed Class and Class Representative

### A. Rule 23(b)(2): Declaratory Relief Class

Plaintiff moves to certify, under Rule 23(b)(2), her claim for declaratory relief on behalf of the Nationwide Class: **All individuals in the United States whose PII was compromised in the Data Breach announced by Zoosk on June 3, 2020**.

The proposed Class Representative for this class is Tracy Greenamyer.

### B. Rule 23(b)(3): Monetary Relief Class

Plaintiff moves to certify, under Rule 23(b)(3), her claim for monetary relief on behalf of the Subscription Subclass: **All individuals in the United States whose PII was compromised in the Data Breach announced by Zoosk on June 3, 2020, who paid for subscriptions with Zoosk**.

The proposed Class Representative for this class is Tracy Greenamyer.

### C. Rule 23(c)(4): Issue Certification Class

In the alternative, Plaintiff requests the Court certify issues for classwide determination under Rule 23(c)(4) to streamline the litigation for both classes if the Court does not certify the Declaratory Relief Class and/or the Monetary Relief Class.

### D. Exclusions

Excluded from the Classes are Defendant, any entity in which Defendant or its successors have a controlling interest, and Defendant's officers, directors, legal representatives, successors,

subsidiaries, and assigns. Also excluded from all Classes are any judges, justices, or judicial officers presiding over this matter, the members of their immediate families and judicial staff, and Plaintiff's counsel.

**II.     Plaintiff's Proposed Class Counsel**

Plaintiff also seeks the appointment of John Yanchunis, Ryan McGee, and Patrick Barthle II of Morgan & Morgan, as well as Kiley Grombacher of Bradley/Grombacher, LLP.

Plaintiff bases her Motion for Class Certification on: Plaintiff's Notice of Motion and Motion for Class Certification; Memorandum and Points of Authority in Support; Declarations of John A. Yanchunis, Ryan J. McGee, Patrick A. Barthle II, Kiley L. Grombacher; the Fourth Amended Complaint; the expert reports of Gary Olsen and Matthew Strebe; and all other records and papers on file in this action and all other matters properly before the Court.

Dated: May 20, 2022                          Respectfully submitted,

**BRADLEY/GROMBACHER, LLP**
**CROSNER LEGAL P.C**
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

By: /s/ Kiley L. Grombacher
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Lirit A. King, Esq.
Zachary M. Crosner
Michael R. Crosner
John A. Yanchunis

2