# EXHIBIT I
# Gary Olsen Expert Report

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

**REDACTED**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

**REDACTED**

**REDACTED**

REDACTED

REDACTED

**REDACTED**

REDACTED

REDACTED

**REDACTED**

REDACTED

REDACTED