DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
MATTHEW D. LABRIE *(admitted pro hac vice)*
mlabrie@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740
Telephone: +1 617 880 1800
Facsimile: +1 617 880 1801

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
ZOOSK, INC.

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Seq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-mail:
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (*admitted pro hac vice*)
Ryan McGee (*admitted pro hac vice*)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
rmcgee@forthepeople.com

CROSNER LEGAL P.C.
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SNC 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4848
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
mike@crosnerlegal.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN FLORES-MENDEZ, an individual, and, TRACEY GREENAMYER, an individual, on behalf of classes of similarly situated individuals,

Plaintiff,

v.

ZOOSK, INC., a Delaware corporation,

Defendant.

Case No. 3:20-cv-4929-WHA

**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE**

Pursuant to Civil L.R. 6-2 and 7-12, this joint stipulation is entered into by and between Plaintiffs Juan Flores-Mendez and Tracey Greenamyer and Defendant Zoosk, Inc. (collectively, the "Parties), subject to the approval of the Court.

WHEREAS, the Parties have been working to complete expert discovery in this case pursuant to the Court's deadlines; and

WHEREAS, pursuant to the "Order Regarding Case Schedule" (ECF 92), the close of expert discovery is set for June 22, 2022; and

WHEREAS, in order to accommodate the availability of Zoosk, Inc.'s expert, Mr. Chris Cronin, the Parties have met and conferred and tentatively agreed to schedule Mr. Cronin's deposition on June 24, 2022; and

WHEREAS, extending the close of expert discovery from June 22, 2022 to June 24, 2022 solely for the purpose of taking the deposition of Mr. Cronin will not affect any other date or deadline under the currently operative case schedule; and

WHEREAS, the Parties agree that, in light of the progress to date on completing expert discovery, an extension of the deadline for expert discovery solely for the purpose of taking the deposition of Mr. Cronin is warranted and necessary; and

NOW THEREFORE, it is stipulated and agreed by the Parties, subject to the approval of the Court, that the close of expert discovery in this case, which is currently set on June 22, 2022, shall be extended to June 24, 2022, solely for the purpose of taking the deposition of Mr. Cronin; all other currently operative dates shall remain the same.

\\

\\

\\

\\

\\

\\

\\

\\

Dated: June 21, 2022

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By: _/s/_ *John A Yanchunis*________________
JOHN A. YANCHUNIS
Attorneys for Plaintiffs
Juan Flores-Mendez and Tracey Greenamyer

Dated: June 21, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/___ *Douglas H. Meal*_______________
DOUGLAS H. MEAL
Attorneys for Defendant
Zoosk, Inc.

**E-SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Douglas H. Meal, attest that concurrence in the filing of this document has been obtained.

Dated: June 21, 2022

By: _/s/_____ *Douglas H. Meal*_______________
DOUGLAS H. MEAL
Attorneys for Defendant
Zoosk, Inc.