**PBRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
  kgrombacher@bradleygrombacher.com
  lking@bradleygrombacher.com

*Attorneys for Plaintiffs*
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACEY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-04929-WHA<br><br>**DECLARATION OF PATRICK A. BARTHLE II IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE UNTIMELY DISCLOSED EVIDENCE AND WITNESSES** |

**Additional Counsel for Plaintiffs and the Putative Class:**

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
       mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
(*Admitted Pro hac Vice*)
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
       rmcgee@forthepeople.com

# DECLARATION OF PATRICK A. BARTHLE II

I, Patrick A. Barthle II, hereby declare as follows:

1. I am an attorney at Morgan & Morgan. I am counsel for Juan Flores Mendez and Tracy Greenamyer.

2. I am thoroughly familiar with, and have personal knowledge of, all of the facts set forth herein. If called as a witness, I could and would competently testify to the information set forth below.

3. I have prepared this Declaration in Support of Plaintiffs' Motion to Strike Untimely Disclosed Evidence and Witnesses, which is filed contemporaneously herewith.

4. Attached hereto as Exhibit 8 is a true and correct copy of an email string between myself and counsel for defendant Zoosk Inc. ("Zoosk").

5. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed June 24, 2022 in Tampa, Florida.

/s/ *Patrick A. Barthle II*
Patrick A. Barthle II

**EXHIBIT 8**

# Patrick Barthle x2219

| | |
|---|---|
| **From:** | LaBrie, Matthew <mlabrie@orrick.com> |
| **Sent:** | Tuesday, June 7, 2022 8:51 PM |
| **To:** | Kiley Grombacher |
| **Cc:** | Ryan McGee x3030; lking@bradleygrombacher.com; John Yanchunis x2191; Jennifer Cabezas x3120; Patrick Barthle x2219; Ryan McGee x3030; Suzette Boucher; Harlow, Rebecca; Meal, Doug; Kessler, Lauren |
| **Subject:** | *EXT* RE: Flores-Mendez v. Zoosk - Defendant's expert reports |

**CAUTION: Use caution when clicking on links or opening attachments in this external email.**

Kiley,

The document you reference (Bates stamped ZOOSK00002773) is a document that was requested and relied on by Zoosk's expert, Mr. Ellman, in order for him to form his opinion. Therefore, pursuant FRCP 26(a)(2)(B)(ii) we disclosed the document as a document relied on by Mr. Ellman and produced the document simultaneously with our service of Mr. Ellman's report.

Regards,
Matthew

**Matthew D. LaBrie**
Senior Associate

Orrick
Boston  ⓥ
T +1-617-880-2208
M +1-603-254-8504
mlabrie@orrick.com



---

**From:** Kiley Grombacher <kgrombacher@bradleygrombacher.com>
**Sent:** Monday, June 6, 2022 12:52 PM
T
**Subject:** RE: Flores-Mendez v. Zoosk - Defendant's expert reports

Counsel

Can you please forward the date of production and production cover letter for ZOOSK00002773?

Thanks

Kiley

Kiley Grombacher
Bradley/Grombacher LLP

31365 Oak Crest Dr.,
Suite 240
Westlake Village, CA 91361
805.270.7100
kgrombacher@bradleygrombacher.com

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

**From:** lkessler@orrick.com <files@orrick.com>
**Sent:** Wednesday, June 1, 2022 8:14 PM
**To:** JYanchunis@forthepeople.com; JCabezas@ForThePeople.com; pbarthle@forthepeople.com; rmcgee@forthepeople.com; Suzette Boucher <SBoucher@bradleygrombacher.com>; Lirit King <lking@bradleygrombacher.com>; Kiley Grombacher <kgrombacher@bradleygrombacher.com>; zach@crosnerlegal.com; mike@crosnerlegal.com
**Subject:** Flores-Mendez v. Zoosk - Defendant's expert reports

Counsel:

Attached please find Defendant Zoosk, Inc.'s expert reports.

Best,
Lauren

---

# Files attached to this message

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| Expert Report of Brian Ellman_Confidential.zip | 57.3 MB | 1dc1ceec34432c7047d64a7d20ed9398e3d4e1fa1ec3593c21719c8acde8fa28 |
| 2022.06.01 Expert Report of Chris Cronin - Confidential.pdf | 431 KB | 02f3b2e7635c77694f982e1b6878685a9bc5b5563c52237098d05db8b3183a1e |
| 2022.06.01 Expert Report of Mahmoud El Halabi - Confidential.pdf | 1.47 MB | 83ea96bb2eeab1e44350b1418cd8affc3f79db429f70eb61b2deb92fc658209f |
| 2022.06.01 Proof of Electronic Service.pdf | 99 KB | 3dadaf470ea53aa908fb0a27199c00c23b44bee8d583d9bb18ef1684eebb4dc5 |
| 2022.06.01 Expert Report of Bret Padres - Confidential.pdf | 409 KB | de5a05ee01bf922dc93a740a9a91476e7e995316d19220e26d0f72f68b7ec884 |

Please click on the following link to download the attachments:
https://files.orrick.com/message/ds0cB0suMyS1dOna4sh6LI

You will need to authenticate to view this Secure Message. If you don't have an account on [files.orrick.com](files.orrick.com), you can still click on the download link and you will be prompted to validate your email.

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Monday, 6 June.**

Message ID: `ds0cB0suMyS1dOna4sh6LI`

[Download Files]

[Reply to this Secure Message]

---

**Orrick, Herrington & Sutcliffe — Secure File Transfer System:** https://files.orrick.com

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at [https://www.orrick.com/Privacy-Policy](https://www.orrick.com/Privacy-Policy) to learn about how we use this information.

**EXHIBIT 12**

| | |
|---|---|
| 1 | **BRADLEY/GROMBACHER, LLP** |
| | Marcus J. Bradley, Esq. (SBN 174156) |
| 2 | Kiley L. Grombacher, Esq. (SBN 245960) |
| 3 | Lirit A. King, Esq. (SBN 252521) |
| | 31365 Oak Crest Drive, Suite 240 |
| 4 | Westlake Village, California 91361 |
| | Telephone: (805) 270-7100 |
| 5 | Facsimile: (805) 270-7589 |
| | E-Mail: mbradley@bradleygrombacher.com |
| 6 | kgrombacher@bradleygrombacher.com |
| 7 | lking@bradleygrombacher.com |
| 8 | Attorneys for Plaintiff |
| 9 | (Additional counsel listed on following page) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and AMBER COLLINS, an individual, and on behalf of classes of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ZOOSK, INC., a Delaware corporation; and SPARK NETWORKS SE, a German corporation, <br><br> Defendants. | **CASE NO: 4:20-cv-04929-WHA** <br> Assigned to Hon. William H. Alsup, CR 12 <br><br> ***PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)*** |

PLAINTIFF'S EXHIBIT NO. 1 FOR IDENTIFICATION DATE: 10/12/21 RPTR: AO

**BRADLEY/GROMBACHER, LLP**
Robert N. Fisher (SBN 302919)
477 Madison Avenue, Suite 6000
New York, NY 10022
Telephone: (805) 270-7100
E-Mail: rfisher@bradleygrombacher.com

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
        mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis (*Pro Hac Vice*)
Ryan McGee (*Pro Hac Vice*)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
        rmcgee@forthepeople.com

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT, pursuant to Rule 26 and 30(b)(6) of the Federal Rules |
| 3 | of Civil Procedure, Plaintiffs, through their counsel, will take the deposition of Zoosk, Inc's. |
| 4 | designated corporate representative upon oral examination before a court reporter or other person |
| 5 | authorized to administer an oath at the offices of Orrick, 51 West 52nd Street, New York, New |
| 6 | York 10019-6142 or at such other location as the Parties mutually agree, commencing at 9:00 am |
| 7 | on October 12, 2021. |
| 8 | |
| 9 | Pursuant to Federal Rule of Civil Procedure 30(b)(6), Zoosk, Inc. shall designate and |
| 10 | produce for deposition one or more of its officers, directors or managing agents, or other persons |
| 11 | consenting to appear and testify on its behalf concerning the subject matters listed in the attached |
| 12 | Schedule A. |
| 13 | |
| 14 | Rule 30(b)(6) states: "The persons designated must testify about information known or |
| 15 | reasonably available to the organization." If Zoosk, Inc. intends to designate multiple persons who |
| 16 | will testify, please "set out matters on which each person designated will testify." *See* Fed. R. Civ. |
| 17 | P. 30(b)(6). The deposition will be recorded by video and stenographic means. |
| 18 | DATED: October 5, 2021 Respectfully, |

/s/ *John A. Yanchunis*
John A. Yanchunis (*Pro Hac Vice*)
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, caused the forgoing document to be transmitted by electronic means to counsel of record.

Executed on October 5, 2021

/s/ *John A. Yanchunis*
John A. Yanchunis

# EXHIBIT A
## DEFINITIONS

The following definitions shall apply to each of the Areas of Inquiry listed below and are deemed to be incorporated in each such Area:

1. "The Breach" means the unauthorized access to PII obtained through exploitation of the vulnerability or vulnerabilities which is the subject of the amended complaint filed in this case.
2. "Communicate" or "communication" shall mean and include ever manner or means of disclosure, transfer or exchange of information (in the form of facts, ideas, inquiries or otherwise) whether orally or by document or whether face-to-face, by telephone, telecopier, mail, facsimile, personal delivery, overnight delivery or otherwise.
3. "Compromise" means gaining access to, acquiring, copying, transmitting, obtaining, taking, stealing, examining, seeing, viewing, or using information or data without permission, approval, or authorization.
4. "Computer System" includes any server (whether physical, web-based, virtual, or otherwise), desktop computer, laptop computer, tablet, mobile phone, networking equipment, backup storage, internet site, intranet site, and the software, programs, applications, scripts, operating systems, or databases used to control, access, store, add, delete, or modify any data or information (including but not limited to PII) stored on any of the foregoing non-exclusive list.
5. "Correspondence" shall include any written letter, memo or note which hand was delivered, mailed, transmitted by fax machine, E-mail or other communication system.
6. "Employee" includes, without limitation, any current or former officer, director, executive, manager, secretary, staff member, messenger, agent, independent contractor, and/or other person who is or was employed by Defendant or who provided services to Defendant under an independent contractor arrangement.
7. "Person" or "persons" means any natural person, business, proprietorship, public or private corporation, company, firm, government or governmental partnership, trust, joint venture, entity (including any government agency board, authority, commission or political subdivision or department thereof) or any other form of business or legal entity, organization, or association.
8. "PII" (Personal Identifying Information) is information, in electronic or physical form, that can be used on its own or with other information to identify a single person, including but not limited to a person's name, address, electronic mail address, telephone number, social security number, information about a person's banking or other type of account, credit-card information, date and place of birth, mother's maiden name, location data, devices used to access Computer Systems, and biometric records. PII also includes (1) identifiers such as any unique personal identifier or IP address; (2) electronic network activity information, including, browser histories, search history, and any information regarding a consumer's interaction with a Web site, application or advertisement; (3) audio, electronic, visual, thermal, and olfactory information; (4) geolocation data; and any inferences drawn from various data elements of PII to create a profile about a consumer reflecting the consumer's preference, characteristics, psychological trends, preferences, predispositions, behavior, attitudes, intelligence, abilities and aptitudes.

9. "Plaintiffs" means the Plaintiffs identified in the amended complaint filed in this case.

## AREAS OF INQUIRY

1. How the hacking group ShinyHunters perpetuated the Breach, exfiltrated consumers' PII, and when the Breach occurred, including but not limited to the investigations and analyses that led to those determinations, when those determinations were made, and who made those determinations;

2. When and how You discovered the Breach;

3. The nature and extent of the PII, information, or data that was compromised in the Breach, the period of time during which the compromise occurred, the number of users or consumers affected by the Breach, the investigations and analyses that led to those determinations, when those determinations were made, and the persons involved in making those determinations;

4. The measures You or others on Your behalf have taken from January 1, 2019 to July 22, 2020 to ensure the security of PII, including: the use of firewalls, encryption, and other industry-standard techniques to segment PII from the remainder of Your computer networks and/or computer systems (including any cloud infrastructure); the implementation of protocols that encrypt or otherwise protect PII from unauthorized disclosure; and remedying any potential vulnerabilities in Your computer networks and/or computer systems (including any cloud infrastructure), code, or other electronic devices, storage devices, and software to prevent data breaches or data disclosures.

5. The information-security related measures You or others on Your behalf have been advised to take in response to the Breach with respect to Your computer networks and/or computer systems (including any cloud infrastructure), or Your other electronic devices, storage devices, and software.

6. The information-security related measures You or others on Your behalf have taken in response to the Breach with respect to Your computer networks and/or computer systems (including any cloud infrastructure), or Your other electronic devices, storage devices, and software, including those measures which you plan to take and the schedule for the implantation or completion of those measures.

Dated: October 5, 2021

**BRADLEY/GROMBACHER LLP**
**CROSNER LEGAL P.C.**
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: /s/ John A. Yanchunis
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Robert S. Fisher, Esq.
Zachary M. Crosner, Esq.
Michael R. Crosner, Esq.
John A. Yanchunis
Ryan J. McGee

Attorneys for Plaintiffs and
the proposed Class