**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com
        lking@bradleygrombacher.com

*Attorneys for Plaintiffs*
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACEY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  3:20-cv-04929-WHA<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL AND MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE  79-5(F)** |

**Additional Counsel for Plaintiffs and the Putative Class:**

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
       mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
(*Admitted Pro hac Vice*)
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
       rmcgee@forthepeople.com

# DECLARATION OF KILEY LYNN GROMBACHER

I, Kiley Lynn Grombacher hereby declare as follows:

1. I am a partner in the law firm Bradley/Grombacher LLP. I am counsel for Plaintiffs Tracy Greenamyer and Juan Flores-Mendez.

2. I am thoroughly familiar with, and have personal knowledge of, all of the facts set forth herein. If called as a witness, I could and would competently testify to the information set forth below.

3. I have prepared this Declaration in Support of Plaintiffs' Motion To Seal And Motion To Consider Whether Another Party's Material Should Be Sealed Pursuant To Local Rule 79-5(F), which is filed contemporaneously herewith.

4. Plaintiff Tracy Greenamyer's reply memorandum in support of her Motion for Class Certification refers to, incorporates and attaches as exhibits material designated as "Confidential" pursuant to the Protective Order.

5. I make no bona fides as to the propriety of the designation as regards documents designated "Confidential" by Defendant, Zoosk Inc. ("Zoosk").

6. Plaintiffs have designated GREENAMYER000027-28 as "Confidential" because it contains Plaintiff Greenaymer's home address and telephone number. Plaintiff seek only to redact this limited information from the document.

7. Attached hereto as Exhibit 2 is a true and correct copy of GREENAMYER000027-28 which was produced by Plaintiff Greenamyer in the course of discovery.

8. Attached hereto as Exhibit 3 is a true and correct copy of a correspondence from John Yanchunis to counsel for Zoosk dated  which was I received via email.

9. Attached hereto as Exhibit 4 is a true and correct copy of a correspondence from Rebecca Harlow to counsel from plaintiffs dated April 1, 2022 which was I received via email.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed June 24, 2022 in Westlake Village, California.

/s/ *Kiley Grombacher*
Kiley Grombacher

DECLARATION OF KILEY GROMBACHER
Case No. 3:20-cv-04929-WHA