**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq.  (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:   (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com
        lking@bradleygrombacher.com

*Attorneys for Plaintiffs*
(Additional counsel listed on following page)

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACEY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>         Plaintiffs,<br><br> vs.<br><br> ZOOSK, INC., a Delaware corporation,<br><br>        Defendant. | Case No.:  3:20-cv-04929-WHA<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |

**Additional Counsel for Plaintiffs and the Putative Class:**

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
          mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
(*Admitted Pro hac Vice*)
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
          rmcgee@forthepeople.com

# **DECLARATION OF KILEY LYNN GROMBACHER**

I, Kiley Lynn Grombacher hereby declare as follows:

1.      I am a partner in the law firm Bradley/Grombacher LLP. I am counsel for Plaintiffs Tracy Greenamyer and Juan Flores-Mendez.

2.      I am thoroughly familiar with, and have personal knowledge of, all of the facts set forth herein. If called as a witness, I could and would competently testify to the information set forth below.

3.      I have prepared this Declaration in Support of Plaintiffs' Reply In Support of Class Certification.

4.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Tracy Greenamyer.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed June 24, 2022 in Westlake Village, California.


/s/ *Kiley Grombacher*
Kiley Grombacher

**EXHIBIT 1**

<pre>
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                        - - -
 5    JUAN FLORES-MENDEZ, an        )
      individual, and TRACY        )
 6    GREENANMYER, an individual   )
      and on behald of classes of  )
 7    similarly situated           )
      individuals,                 )
 8                                 )
              Plaintiff,           )
 9                                 )
              vs.                  ) No. 3:20-cv-4929-WHA
10                                 )
      ZOOSK, INC., a Delaware      )
11    corporation,                 )
                                   )
12            Defendants.          )
                                   )
13
14
15
16
17                   DEPOSITION OF
18                  TRACY GREENAMYER
19             Wednesday, May 25, 2022
20
21
22    Reported By:
23    MICHELLE K. BAILEY
      RPR, CSR No. 10713
24    Job No. 5248609
25    Pages 1 - 83
</pre>

Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                          - - -
 4    JUAN FLORES-MENDEZ, an       )
      individual, and TRACY        )
 5    GREENANMYER, an individual   )
      and on behald of classes of  )
 6    similarly situated           )
      individuals,                 )
 7                                  )
              Plaintiff,           )
 8                                  )
              vs.                   ) No. 3:20-cv-4929-WHA
 9                                  )
      ZOOSK, INC., a Delaware       )
10    corporation,                  )
                                    )
11            Defendants.           )
                                    )
12
13
14
15
16            Deposition of TRACY GREENAMYER, taken on behalf
17    of the Defendant, beginning at 8:58 a.m., and ending at
18    10:59 a.m., on Wednesday, May 25, 2022, before MICHELLE
19    K. BAILEY, RPR, CSR No. 10713.
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1    APPEARANCES:
 2    For the Plaintiffs:
 3         BRADLEY GROMBACHER, LLP
           BY:  KILEY GROMBACHER, ESQ.
 4         31365 Oak Crest Drive
           Westlake Village, California  91361
 5         415.704.6956
           kgrombacher@bradleygrombacher.com
 6
 7    For the Defendant:
 8         ORRICK HERRINGTON & SUTCLIFFE
           BY:  REBECCA HARLOW, ESQ.
 9         405 Howard Street
           San Francisco, California  94105
10         415.773.5700
           rharlow@orrick.com
11
12    ALSO PRESENT:
13         Steven Togami, videographer
           Zoe Brown
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1    interrogatories are true and correct?          09:15:23

 2        A.  Yes.  That's correct.                  09:15:24

 3        Q.  Okay.                                  09:15:26

 4            Are there any corrections you have to any of    09:15:27

 5    the responses as of today?                     09:15:32

 6        A.  No corrections.  There was one thing I did    09:15:33

 7    leave out that I thought about and didn't put down as a    09:15:38

 8    response, and that happened to be with how I had to    09:15:42

 9    change my two person -- two signature security signing    09:15:47

10    into my e-mail account.  That's something I didn't put    09:15:51

11    down that I figured out later.                 09:15:58

12        Q.  Sorry to cut you off.                  09:16:00

13            And when did you do that?              09:16:02

14        A.  I did that after I found out when my data was    09:16:03

15    breached, the security.                        09:16:09

16        Q.  And to make sure I understand, did you say you    09:16:11

17    put in two factor identification for your e-mail?    09:16:15

18        A.  I did.  I did.                         09:16:17

19        Q.  Okay.                                  09:16:19

20            And how does that work now?            09:16:20

21        A.  It works if somebody's trying or I'm trying to    09:16:23

22    get onto my e-mail, I'll receive a text message, or, I    09:16:27

23    have to go into another form of identification in order    09:16:31

24    to get in.                                     09:16:33

25        Q.  Okay.  Thank you.                      09:16:34
```

Veritext Legal Solutions
866 299-5127

```
 1    and then a law degree through Concord University in      09:24:29

 2    Los Angeles.                                             09:24:32

 3         Q.  And where are you currently employed?          09:24:33

 4         A.  I'm currently retired and I retired from the   09:24:35

 5    U.S. Department of Veteran's Affairs.                    09:24:40

 6         Q.  When did you retire?                            09:24:42

 7         A.  I retired in 2015.                              09:24:43

 8         Q.  Okay.                                           09:24:47

 9             And how long had you been working at the        09:24:47

10    department of veteran's affairs when you retired?        09:24:49

11         A.  Over 20 years.                                  09:24:52

12         Q.  Okay.                                           09:24:53

13             Since you've been retired, have you had any     09:24:54

14    other employment, part-time or full-time?               09:24:58

15         A.  No.  Being a mom.  That's a job.                09:25:02

16         Q.  It certainly is.                                09:25:07

17             So I want to talk now about your membership    09:25:09

18    with Zoosk.  I just want to reframe where we are now.    09:25:14

19    When did you first create a Zoosk account?               09:25:19

20         A.  It was in 2015.  I know that because it was    09:25:21

21    after my retirement and my divorce.  And the next month  09:25:26

22    I created -- I like wanted to try the online dating.     09:25:33

23         Q.  Okay.                                           09:25:36

24             So I want to go back to one of the documents we  09:25:36

25    already looked at.  Actually, that was document we       09:25:42
```

Veritext Legal Solutions
866 299-5127

```
 1    or was that sort of all one transaction, for lack of a      09:33:31

 2    better word?                                                09:33:36

 3         A.  Mine was all -- I just went for it.  I just        09:33:38

 4    went for paid subscription.  I didn't dabble into the       09:33:42

 5    free account.  I just said if I'm going to do this, I'm     09:33:45

 6    going to do.  I'm all in.                                   09:33:47

 7         Q.  Okay.                                              09:33:49

 8             And you've touched on this before.  But what       09:33:49

 9    made you choose to sign up for Zoosk?                       09:33:52

10             MS. GROMBACHER:  I'll object to norm.  No.         09:33:55

11    I'll strike it.                                             09:33:57

12             Go ahead.                                          09:33:58

13             THE WITNESS:  Actually, I just did a search,       09:33:59

14    you know, what's the best site to go on dating for, you     09:34:04

15    know, singles.  And I didn't know.  So this popped up.      09:34:09

16    It seemed legit.  And a lot of subscribers.  And I said,    09:34:13

17    well, this is it.  I didn't really even shop around         09:34:18

18    because I just wanted to see what I felt was the best       09:34:21

19    date.  And they were the best site.  I'm like okay.  And    09:34:25

20    let's just -- it seemed reasonable.  They were all about    09:34:28

21    this, you know, whatever like was popping up.  But I'm      09:34:30

22    like I'm just going to go for it.  So that's what -- I      09:34:34

23    didn't do a lot of research into all these different        09:34:37

24    sites.  I said this one sounds good and I signed up.        09:34:40

25    ///
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | purchases through Apple, if you recall? | 09:47:36 |
| 2 | A.  My credit card. | 09:47:39 |
| 3 | Q.  Okay. | 09:47:41 |
| 4 | And what credit card is that? | 09:47:41 |
| 5 | A.  Navy Federal. | 09:47:44 |
| 6 | Q.  Okay. | 09:47:46 |
| 7 | Do you still have that card? | 09:47:46 |
| 8 | A.  No.  I canceled it. | 09:47:47 |
| 9 | Q.  Did you -- when you canceled it, did you get a | 09:47:50 |
| 10 | new replacement card or did you close the account | 09:47:57 |
| 11 | entirely? | 09:48:00 |
| 12 | A.  No.  I got a new replacement card. | 09:48:00 |
| 13 | Q.  And do you still have the Navy Federal credit | 09:48:02 |
| 14 | card account? | 09:48:05 |
| 15 | A.  I do, but it's under a different account. | 09:48:05 |
| 16 | Q.  Okay. | 09:48:11 |
| 17 | So you got a different card number?  Is that | 09:48:12 |
| 18 | what you mean? | 09:48:15 |
| 19 | A.  I had to because of the security. | 09:48:16 |
| 20 | Q.  So you mentioned that this was an automatic | 09:48:23 |
| 21 | renewal when you signed up for Zoosk; right? | 09:48:26 |
| 22 | A.  Correct. | 09:48:29 |
| 23 | Q.  For how many months did you pay this 29.99 for | 09:48:30 |
| 24 | Zoosk? | 09:48:36 |
| 25 | A.  As long as I had the Zoosk subscription. | 09:48:36 |

Page 36

```
1      Q.   Did you ever pay for a three month          09:48:42

2   subscription?                                       09:48:46

3      A.   No.  Mine was continuous.                   09:48:46

4      Q.   Did you ever pay for a six month subscription?   09:48:48

5      A.   Like I said, mine was continuous.           09:48:51

6      Q.   And for what period do you recall a continuous   09:48:56

7   29.99 subscription?                                 09:49:02

8      A.   Up until I canceled my account.             09:49:04

9      Q.   And when was that?                          09:49:10

10     A.   The account was canceled in 2021, I believe, if   09:49:13

11  I recall, when I was informed of the security, my   09:49:18

12  account being like the security data.  When I reached   09:49:32

13  out to them and I couldn't get onto the account.    09:49:35

14     Q.   Okay.                                       09:49:38

15          So I want to go back to the fourth amended   09:49:38

16  complaint again, which is Exhibit No. 34.  If you can   09:49:41

17  pull that up.  And back to the same paragraph 30 that we   09:49:47

18  were looking at before, which is the bottom of page 6,   09:49:52

19  top of page 7.                                      09:49:55

20     A.   Okay.                                       09:50:04

21     Q.   And if you look at the first sentence at the   09:50:04

22  top of page 7, it says:  "Plaintiff upgraded to the   09:50:08

23  premium service, for which she paid a membership fee of   09:50:11

24  approximately $30 every three months while she was a   09:50:15

25  subscriber of the service."                         09:50:18
```

Veritext Legal Solutions
866 299-5127

```
 1            THE WITNESS:  They said that my information was    09:55:18

 2     in a security compromise.                                 09:55:20

 3     BY MS. HARLOW:                                            09:55:22

 4         Q.  Okay.                                             09:55:24

 5            So we're going to introduce the next document,     09:55:24

 6     which will be Exhibit No. 37, tab 8.  And this is a       09:55:27

 7     document produced by you with Bates Greenamyer 000004.    09:55:33

 8            (Exhibit 37 marked)                                09:55:40

 9            THE WITNESS:  Okay.  It's coming up now.           09:55:54

10            Okay.                                              09:56:05

11     BY MS. HARLOW:                                            09:56:07

12         Q.  Okay.                                             09:56:07

13            And do you recognize this document?               09:56:07

14         A.  I do.                                             09:56:09

15         Q.  And is it the communication that you were just   09:56:11

16     referring to from Zoosk about a security issue with your 09:56:15

17     account?                                                 09:56:19

18         A.  Yes.                                             09:56:21

19         Q.  So what made you contact Zoosk about your        09:56:21

20     account in May 2021?                                     09:56:26

21         A.  I tried to log on my account to check my         09:56:30

22     account, and I couldn't log in.  There was no profile.   09:56:33

23     There was nothing.  So I reached out to Zoosk, where's   09:56:37

24     my account.  And this is what I got, the response.       09:56:43

25         Q.  Okay.                                            09:56:48
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.  Do you remember what password you used for your      09:59:18
 2   Zoosk account?                                                09:59:21
 3        A.  No, not right offhand.                               09:59:22
 4        Q.  Okay.                                                09:59:27
 5            Do you ever reuse the same password on multiple      09:59:27
 6   websites or for multiple accounts?                            09:59:31
 7        A.  No.                                                  09:59:33
 8        Q.  So had you ever used the password that you used      09:59:33
 9   for Zoosk for anything else on the Internet?                  09:59:38
10        A.  No.                                                  09:59:42
11        Q.  So I want to go through a little bit more            09:59:43
12   detailed information that you provided Zoosk for your         09:59:50
13   profile.  So you already said your name.  Did you             09:59:52
14   provide your age or date of birth?                            09:59:56
15        A.  I did.                                               09:59:57
16        Q.  Did you provide your gender?                         09:59:58
17        A.  I did.                                               10:00:02
18        Q.  Did you provide your gender preference, as in        10:00:02
19   who you're looking to date?                                   10:00:08
20        A.  I did.                                               10:00:09
21        Q.  Did you provide information about your race or       10:00:09
22   ethnicity?                                                    10:00:14
23        A.  I did.                                               10:00:14
24        Q.  What about your religion?                            10:00:15
25        A.  I don't recall.                                      10:00:17
```

Page 45

```
 1        Q.  Did you put in information about your politics      10:00:20

 2   or your political affiliations?                              10:00:22

 3        A.  I don't recall.                                     10:00:24

 4        Q.  To the extent you recall, was there any            10:00:27

 5   information in any of those categories that you added        10:00:32

 6   when you revised or updated your profile in 2016?            10:00:35

 7        A.  Age.  They want your age.  And location.  They      10:00:39

 8   want to know the area.  I think I said that before.          10:00:52

 9        Q.  Yes, you did.                                       10:00:56

10        So for the information that you gave about your         10:00:57

11   gender preference, ethnicity, religion, that sort of         10:01:01

12   information, was it your understanding that that             10:01:05

13   information would be in your profile for others to view?     10:01:06

14        A.  Yes, because it was me.  They need to -- like I     10:01:10

15   said, it's a virtual me.  So they need all that              10:01:17

16   information if they want to know who I am and what --        10:01:19

17   everything about me is there.  So of course they would      10:01:24

18   need that information.                                       10:01:26

19        Q.  Okay.                                               10:01:27

20        And you wanted people to see that information           10:01:27

21   so they could get to know who you are and decide --          10:01:30

22   okay.                                                        10:01:35

23        MS. GROMBACHER:  I'll object to form.                   10:01:36

24        Go ahead, Tracy.                                        10:01:37

25        THE WITNESS:  Zoosk encourages you to put               10:01:38
```

Page 46

```
 1          A.   Says as in their procedures or their policy?    10:02:58

 2          Q.   Just what do you remember about the terms of     10:03:05

 3     use that you read?                                         10:03:07

 4          A.   Like it's -- like I said, it was seven years     10:03:14

 5     ago.  I don't recall everything.  I just know that I was   10:03:17

 6     signing up for a service and that I felt my information    10:03:20

 7     would be, you know, protected.                             10:03:26

 8          Q.   Okay.                                            10:03:30

 9          A.   Or I wouldn't have signed up.  I wouldn't have,  10:03:32

10     definitely not signed up.                                  10:03:35

11          Q.   So do you always read the terms of use for any   10:03:38

12     app that you download?                                     10:03:41

13          A.   I do, especially if I'm a paid subscriber.       10:03:46

14     Because I want to know how long I'm going to be paying     10:03:49

15     for this service.  I don't want to be caught off guard.    10:03:52

16          Q.   So by that are you referring to like are         10:03:56

17     there -- sorry.  What do you mean by that, speaking        10:04:03

18     about the payment use?                                     10:04:05

19               MS. GROMBACHER:  Object to form.                 10:04:08

20               But go ahead.                                    10:04:10

21               THE WITNESS:  Well, if I pay for a service, I    10:04:13

22     need to make sure that is it going to be ongoing so that   10:04:14

23     I know that I'm going to be charged every month on my      10:04:19

24     credit card, not just signing up on a -- like oh, sign     10:04:22

25     up, and then you don't get charged, or you do get          10:04:27
```

Page 48

| | | |
|---|---|---|
| 1 | THE WITNESS:  When I sign up, like I said | 10:05:29 |
| 2 | before, a lot of it has to do with if it's a financial | 10:05:31 |
| 3 | aspect.  In this particular situation, I'm signing up | 10:05:34 |
| 4 | for an online dating service.  I want to make sure that | 10:05:37 |
| 5 | I'm protected, because it's me.  It's my information and | 10:05:41 |
| 6 | it's me.  It's everything about me.  So is this service | 10:05:45 |
| 7 | that I'm signing up going to represent me and protect | 10:05:53 |
| 8 | me, because it's me.  So I'm looking for that in any | 10:05:56 |
| 9 | type of policies and procedures that the company is | 10:06:03 |
| 10 | putting out. | 10:06:05 |
| 11 | BY MS. HARLOW: | 10:06:06 |
| 12 | Q.  When you read the Zoosk terms of use or privacy | 10:06:06 |
| 13 | policy, did anything you saw in them affect your | 10:06:09 |
| 14 | decision to join Zoosk and buy a subscription? | 10:06:12 |
| 15 | MS. GROMBACHER:  I'll object to form. | 10:06:16 |
| 16 | You can respond. | 10:06:17 |
| 17 | THE WITNESS:  No. | 10:06:20 |
| 18 | BY MS. HARLOW: | 10:06:20 |
| 19 | Q.  So you testified before that you had a renewing | 10:06:29 |
| 20 | membership every month; right? | 10:06:32 |
| 21 | A.  Correct. | 10:06:33 |
| 22 | Q.  After you initially signed up, when you had | 10:06:38 |
| 23 | that ongoing subscription, did you ever read the terms | 10:06:39 |
| 24 | of use or privacy policy again, or any subsequent | 10:06:43 |
| 25 | version of it? | 10:06:47 |

Page 50

| | | |
|---|---|---|
| 1 | security incident that happened at Zoosk; is that right? | 10:08:15 |
| 2 | A.  Correct. | 10:08:16 |
| 3 | Q.  And what is your understanding of what happened | 10:08:24 |
| 4 | in that data security incident? | 10:08:25 |
| 5 | MS. GROMBACHER:  I'll object to form.  It may | 10:08:27 |
| 6 | involve attorney-client communication. | 10:08:34 |
| 7 | But, Tracy, you can respond as to your general | 10:08:36 |
| 8 | understanding, you know, as best you can. | 10:08:41 |
| 9 | THE WITNESS:  My general understanding is that | 10:08:46 |
| 10 | my information, me, my documentation had been basically | 10:08:47 |
| 11 | subjected to a data breach. | 10:09:01 |
| 12 | BY MS. HARLOW: | 10:09:02 |
| 13 | Q.  And to your understanding, when did that | 10:09:02 |
| 14 | incident happen? | 10:09:04 |
| 15 | A.  Well, I -- when I got this message that -- | 10:09:08 |
| 16 | May 26th, that's when I was -- the security that they | 10:09:17 |
| 17 | told me.  And then I found out later there was -- that's | 10:09:24 |
| 18 | when I found out it had been previous before then in | 10:09:27 |
| 19 | 2020, and I'm still an active member. | 10:09:31 |
| 20 | Q.  Okay. | 10:09:38 |
| 21 | So let's look back at that exhibit that we were | 10:09:38 |
| 22 | talking about, which is Greenamyer page 4, Exhibit 37. | 10:09:42 |
| 23 | And before I ask questions about this document | 10:09:52 |
| 24 | I'll just ask, did you ever receive an e-mail from Zoosk | 10:09:54 |
| 25 | in or around June 2020 telling you that your information | 10:09:57 |

Veritext Legal Solutions
866 299-5127

```
 1   had been affected in a data security incident?          10:10:02

 2        A.  I don't recall.  I don't recall at the time     10:10:04

 3   because I was deleting a bunch of messages.  So I'm not  10:10:08

 4   sure if I got that or not.                               10:10:13

 5        Q.  Okay.                                           10:10:15

 6            Have you received any other e-mail or           10:10:16

 7   notification from Zoosk about the data security incident 10:10:19

 8   telling you that your information was affected?          10:10:22

 9        A.  No, not until I reached out to them.            10:10:24

10        Q.  Okay.                                           10:10:27

11            And when you say when you reached out to them,  10:10:28

12   the response you got is Exhibit 37 that we've been       10:10:30

13   talking about?                                           10:10:33

14        A.  Correct.                                        10:10:33

15        Q.  Okay.                                           10:10:34

16            So where in this exhibit is the data security   10:10:40

17   incident mentioned?                                      10:10:43

18            MS. GROMBACHER:  I'll object to form.           10:10:51

19            But you can read the document to her if you     10:10:53

20   want.                                                    10:10:56

21            THE WITNESS:  Well, pretty much right there in  10:10:59

22   the beginning.  "Recent activity may have affected your  10:11:02

23   account's security."  Recent?  Okay.  So, you know,      10:11:06

24   affected my account security.  Security.  Data.  That's  10:11:13

25   me.  That information is me.  Security is me.  So it's    10:11:18
```

Veritext Legal Solutions
866 299-5127

```
 1    addresses in the last ten years?                    10:13:59

 2        A.  No, not besides my work e-mail.  I'm pretty  10:14:00

 3    much to one e-mail.                                  10:14:06

 4        Q.  Okay.                                        10:14:12

 5            Have you ever been the victim of identity    10:14:12

 6    theft?                                               10:14:16

 7            MS. GROMBACHER:  I'll object to form.        10:14:17

 8            But you can respond.                         10:14:20

 9            THE WITNESS:  Not that I recall.             10:14:22

10    BY MS. HARLOW:                                       10:14:26

11        Q.  Have you ever had any fraudulent charges on any  10:14:26

12    bank account or credit card?                         10:14:29

13        A.  Not that I recall.                           10:14:31

14        Q.  Do you consider your name, first and last, to  10:14:32

15    be confidential or sensitive information?            10:14:43

16            MS. GROMBACHER:  I'll object to form.        10:14:47

17            You can respond.                             10:14:48

18            THE WITNESS:  I don't understand what you mean  10:14:50

19    by sensitive information.                            10:14:51

20    BY MS. HARLOW:                                       10:14:57

21        Q.  So I guess would you be able to answer the   10:14:57

22    question if I just asked you if you considered your  10:15:00

23    first and last name to be confidential?              10:15:03

24        A.  Well, it's not confidential.  I work with -- I  10:15:06

25    worked in the government capacity.  So anybody can look  10:15:08
```

Veritext Legal Solutions
866 299-5127

```
 1    me up.                                             10:15:11

 2        Q.  And have you put your first and last name on  10:15:11

 3    your Facebook profile?                             10:15:15

 4        A.  I have.                                     10:15:19

 5        Q.  Do you consider your e-mail address to be  10:15:19

 6    confidential?                                      10:15:25

 7            MS. GROMBACHER:  I'll object to form.      10:15:26

 8            You can respond.                           10:15:28

 9            THE WITNESS:  I do.  I wouldn't have got the  10:15:29

10    two-person security on it.                         10:15:34

11    BY MS. HARLOW:                                     10:15:38

12        Q.  So I think we're talking about different  10:15:38

13    things.  I'm not talking about your e-mail account, but  10:15:40

14    the address.  Is that piece of information something  10:15:47

15    that is confidential, what your e-mail address is?  10:15:49

16            MS. GROMBACHER:  Same objection.           10:15:50

17            You can respond.                           10:15:51

18            THE WITNESS:  Well, it's -- yes.  I would  10:15:52

19    assume so.                                         10:15:54

20    BY MS. HARLOW:                                     10:15:59

21        Q.  Why so?                                    10:15:59

22        A.  If I don't give it out freely.  I mean, I have  10:15:59

23    to give it out.  Like if I -- I mean, I don't know what  10:16:03

24    you mean by confidential.  It's an e-mail.  If I give my  10:16:06

25    e-mail information out, then I'm, you know, giving it  10:16:08
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to -- it's like giving my mailing address.  I consider | 10:16:11 |
| 2 | the e-mail address like your home address.  Because we | 10:16:15 |
| 3 | receive e-mail now via -- versus we used to get letters. | 10:16:20 |
| 4 | Everything was handwritten.  So that's -- I consider it | 10:16:26 |
| 5 | like the same. | 10:16:29 |
| 6 |     Q.  Okay. | 10:16:30 |
| 7 |     Do you provide your e-mail when you sign up for | 10:16:30 |
| 8 | shopping websites? | 10:16:36 |
| 9 |     MS. GROMBACHER:  I'll object to form. | 10:16:41 |
| 10 |     But you can respond. | 10:16:43 |
| 11 |     THE WITNESS:  Well, I mean, like Amazon, I have | 10:16:46 |
| 12 | to. | 10:16:48 |
| 13 | BY MS. HARLOW: | 10:16:49 |
| 14 |     Q.  But if you have to from Amazon, you have | 10:16:49 |
| 15 | provided it? | 10:16:51 |
| 16 |     A.  With Amazon, yes. | 10:16:52 |
| 17 |     Q.  Does LinkedIn have your e-mail address? | 10:16:58 |
| 18 |     A.  They do.  They also have my work e-mail | 10:17:02 |
| 19 | address.  I signed up with my work e-mail address with | 10:17:07 |
| 20 | LinkedIn. | 10:17:09 |
| 21 |     Q.  Only with your work e-mail? | 10:17:12 |
| 22 |     A.  In the -- yes. | 10:17:15 |
| 23 |     Q.  Does LinkedIn currently have your Yahoo e-mail? | 10:17:21 |
| 24 |     A.  I believe so.  I mean, I'm not real sure.  I'd | 10:17:24 |
| 25 | have to go back and look. | 10:17:29 |

Page 58

```
1    BY MS. HARLOW:                                      10:21:24

2         Q.   Okay.                                     10:21:25

3              So I think this might be a good time to take   10:21:25

4    another break, stretch a bit more, grab some water, and   10:21:30

5    then we can get back on the record.                 10:21:34

6              MS. GROMBACHER:   Yes.                     10:21:36

7              THE WITNESS:   Okay.                       10:21:37

8              THE VIDEOGRAPHER:   This marks the end of media   10:21:38

9    number 1.  Going off the record at 10:20 a.m.       10:21:41

10             (Recess)                                   10:21:43

11             THE VIDEOGRAPHER:   This marks the beginning of   10:37:09

12   media number 2.  Going back on the record at 10:36 a.m.   10:37:15

13   BY MS. HARLOW:                                       10:37:20

14        Q.   Welcome back, Ms. Greenamyer.             10:37:22

15        A.   Thank you.                                 10:37:24

16        Q.   So how much have you paid to Zoosk for your   10:37:25

17   paid subscription?                                   10:37:32

18        A.   I don't know the total amount.  I didn't add it   10:37:32

19   up through the years to the amount every month.     10:37:42

20        Q.   When you paid for your Zoosk subscription, did   10:37:44

21   you intend some portion of that payment to pay for data   10:37:47

22   security?                                            10:37:53

23        A.   I thought it was part of the whole process of   10:37:53

24   signing up under that type of a subscription, that they   10:37:55

25   would protect my information and protect me.         10:37:59
```

                                                    Page 62

```
 1          Q.  What portion of the payment you were making did    10:38:03

 2   you intend to pay for security for data?                     10:38:05

 3            MS. GROMBACHER:  I'll object to form.               10:38:09

 4            Tracy, you can try to answer.                       10:38:14

 5            THE WITNESS:  Well, it's me.  They should           10:38:19

 6   protect me a hundred percent.  It's all my information.      10:38:21

 7   It's me.  It's no different.  It's my name, my               10:38:26

 8   information, my profile.                                     10:38:29

 9   BY MS. HARLOW:                                               10:38:31

10          Q.  Right.                                            10:38:31

11            No, I understand that.  I guess the question        10:38:34

12   was, of that subscription payment that you were paying       10:38:37

13   to Zoosk, how much were you intending to pay to make         10:38:41

14   sure that they secured your data?                            10:38:45

15            MS. GROMBACHER:  I'll object to form.               10:38:49

16            THE WITNESS:  I can't answer that.  I'm not a       10:38:55

17   tech expert on that.                                         10:38:57

18   BY MS. HARLOW:                                               10:38:58

19          Q.  Well, I'm just asking what was your subjective    10:38:58

20   intent?  Did you intend any particular portion to be for    10:39:01

21   security as opposed to some other aspect of the service?    10:39:06

22            MS. GROMBACHER:  I'll object to form.               10:39:09

23            You can respond.                                    10:39:10

24            THE WITNESS:  Like I said, a hundred percent.       10:39:11

25   It's me.  My profile is me, a hundred percent me.  So       10:39:13
```

```
 1    they should protect me a hundred percent.              10:39:22

 2    BY MS. HARLOW:                                         10:39:24

 3        Q.  A hundred percent of what?                     10:39:24

 4        A.  It's my information.  It's me.  It's Tracy     10:39:31

 5    Greenamyer.  I'm signing up for a service that says -- 10:39:35

 6    it's virtual me.  It's all of me.  They should protect 10:39:38

 7    me a hundred percent.  If I'm signing up for a dating  10:39:42

 8    service, I want that service to represent me a hundred 10:39:46

 9    percent, protect me a hundred percent.  I'm meeting    10:39:49

10    other people as me, not me as in like buying something,10:39:52

11    doing something.  I am being myself to meet somebody   10:39:57

12    else.  They should protect me a hundred percent.       10:40:01

13        Q.  Okay.                                          10:40:04

14            I'm sorry I keep coming back to the same       10:40:07

15    question because I don't quite understand your answer to 10:40:10

16    it.                                                    10:40:13

17            So are you saying that one hundred percent of 10:40:13

18    what you paid was for that protection, or they should  10:40:18

19    protect one hundred percent of your data?  What exactly 10:40:23

20    are you saying?                                        10:40:25

21        A.  It should be all inclusive.  Yes.  A hundred   10:40:25

22    percent of what I paid, the fee that I paid, should be 10:40:28

23    protecting all of me and all of the information that I 10:40:33

24    am putting out there because that is me.  I'm that     10:40:35

25    person.  I'm putting myself one hundred percent out    10:40:38
```

Page 64

| | | |
|---|---|---|
| 1 | there as Tracy Greenamyer to date somebody. They should | 10:40:41 |
| 2 | protect that. They should protect all of that | 10:40:46 |
| 3 | information. They should protect all of me. And that's | 10:40:49 |
| 4 | what -- when I signed up, that's what I, you know, said, | 10:40:52 |
| 5 | okay, they're going to protect me. This company -- I | 10:40:58 |
| 6 | wouldn't have put myself out there. I wouldn't have | 10:41:03 |
| 7 | gone with Zoosk if I would have known that they're not | 10:41:05 |
| 8 | going to protect a hundred percent of me, Tracy | 10:41:07 |
| 9 | Greenamyer. Because I'm dating somebody. I'm trying to | 10:41:10 |
| 10 | find somebody. If I would have known they weren't going | 10:41:13 |
| 11 | to protect me, I wouldn't have went with them. I would | 10:41:15 |
| 12 | have been like no, I'm not going to go with them. I | 10:41:17 |
| 13 | don't feel safe with them. It's like going in a car | 10:41:20 |
| 14 | with a stranger. Am I going to go in a car with a | 10:41:21 |
| 15 | stranger? No. I want somebody that's going to protect | 10:41:24 |
| 16 | me. That's me. | 10:41:29 |
| 17 | Q.  Sorry to cut you off. | 10:41:30 |
| 18 | Earlier this morning when we were talking about | 10:41:32 |
| 19 | you decision to pay for a subscription, you said that | 10:41:35 |
| 20 | one of the benefits for a paid subscription was being | 10:41:37 |
| 21 | able to communicate with other users.  Do you remember | 10:41:41 |
| 22 | that? | 10:41:43 |
| 23 | A.  Right. | 10:41:43 |
| 24 | Q.  What portion of the payment you were making to | 10:41:44 |
| 25 | Zoosk was to be able to communicate with others? | 10:41:46 |

```
1    whole thing.  I don't understand like how -- you're        10:44:22

2    trying to separate that.  I can't put a -- it was all       10:44:26

3    together.                                                    10:44:35

4    BY MS. HARLOW:                                               10:44:35

5        Q.  What security measures did you think you were        10:44:35

6    paying for when you paid for your subscription?              10:44:37

7              MS. GROMBACHER:  I'll object to form.               10:44:40

8              You can respond as to your understanding.           10:44:41

9              THE WITNESS:  Well, my understanding is they        10:44:43

10   would keep my information private.  You know, it would      10:44:48

11   be contained within the dating -- the application of        10:44:52

12   communication between, you know, other people, between     10:44:56

13   the company.  You know, I would -- that's what I'm          10:45:03

14   signing up for.  It's like I'm going into a private        10:45:11

15   room.  I want to make sure that there's no other           10:45:14

16   listeners in or they're not going to, you know, put me    10:45:18

17   somewhere else I'm not supposed to be.                      10:45:22

18   BY MS. HARLOW:                                               10:45:23

19       Q.  Were you paying for Zoosk to keep your password    10:45:24

20   for your Zoosk account safe?                                10:45:28

21              MS. GROMBACHER:  Object to form.                   10:45:32

22              You can respond.                                   10:45:33

23              THE WITNESS:  Like I said before, it's all       10:45:34

24   inclusive; security, password, the whole deal.  I can't    10:45:43

25   separate any of that.                                       10:45:46
```

Veritext Legal Solutions
866 299-5127

```
 1    you got notice of when you communicated with Zoosk in          10:49:23

 2    2021 and one is the earlier breach that this litigation         10:49:28

 3    is suing on.  Why do you believe your data was taken in         10:49:34

 4    the prior breach, or compromised in the prior breach, I         10:49:42

 5    should say?                                                     10:49:47

 6            MS. HARLOW:  Objection to form as to the                10:49:47

 7    preamble, but not to the question.                             10:49:49

 8            Please go ahead.                                        10:49:51

 9            MS. GROMBACHER:  Okay.                                  10:49:52

10            THE WITNESS:  Well, I had an active account.            10:49:52

11    And when I went onto my account during that other time         10:49:57

12    and when I found out I was -- no longer had an account,        10:50:00

13    that is when I took security measures on my behalf, like       10:50:08

14    what is going on.  I'm researching, is there anything          10:50:12

15    going on with Zoosk, this company.  That's when I found        10:50:20

16    out about the prior breach.  That's when I was very            10:50:23

17    upset because of the way that Zoosk handled their              10:50:25

18    response to me, the way that they handled everything.          10:50:28

19    And I started taking the necessary security actions on         10:50:32

20    my behalf, getting a company, you know, to like monitor.       10:50:38

21    Now I'm on the dark web, trying to find out the dark web       10:50:44

22    information.  It's the same time frame that I had the          10:50:48

23    account with Zoosk.  I mean -- and I had to cancel my          10:50:51

24    credit card.  I mean, I did -- so my whole thing was           10:50:53

25    security.  My whole thing with Zoosk is that it's more         10:50:58
```

Veritext Legal Solutions
866 299-5127

```
 1    than probable I was part of that.  Never got any        10:51:03

 2    information.  If this happened again or -- you know,     10:51:06

 3    obviously, something happened because they canceled my   10:51:11

 4    account.  And that triggered me to go into further.  And 10:51:13

 5    by that information, in doing so, I had to go through a   10:51:17

 6    lot of steps.  And now I have to protect myself because  10:51:20

 7    my name is on the dark web.  It was never ever on there. 10:51:23

 8    How -- you know, so for me to take all the necessary     10:51:29

 9    steps in doing my due diligence as a consumer, because a 10:51:35

10    company failed to do what they were supposed to do, in   10:51:41

11    however many incidents, I don't know.  But I'm just      10:51:47

12    saying that I did a lot of research after.  It's why I   10:51:52

13    reached out.  It's -- and I do feel that, you know, it   10:51:57

14    was just a continuation.                                 10:52:05

15    BY MS. GROMBACHER:                                       10:52:11

16        Q.  Okay.  You said a lot there.                     10:52:11

17            You mentioned being on the dark web.  Why do     10:52:15

18    you think your information is on the dark web?           10:52:19

19        A.  I feel that my information is on the dark web    10:52:20

20    because of this security information with Zoosk.         10:52:26

21    Because after I had, you know, canceled my credit card   10:52:32

22    and after I was able to purchase a -- through, actually, 10:52:39

23    my employer, and they could go back and see if any of my 10:52:47

24    information was compromised.  And it was, and it's the   10:52:51

25    same time frame as this incident when I reached out to   10:52:54
```

Page 73

1    Zoosk.                                                    10:52:59

2        Q.  And when you say the same time frame that your     10:52:59

3    data was on the dark web, you're referring to the          10:53:03

4    2020 -- the earlier incident; is that correct?             10:53:05

5        A.  Yes, that's correct.                               10:53:07

6        Q.  If you had known about the earlier data breach     10:53:08

7    where your information was compromised, would you have     10:53:13

8    continued to be a paid subscriber of Zoosk?               10:53:16

9            MS. HARLOW:  Objection to form.                   10:53:20

10           But please go ahead.                              10:53:21

11           THE WITNESS:  Absolutely not.  No, I wouldn't     10:53:22

12   have been a paid subscriber.                              10:53:27

13   BY MS. GROMBACHER:                                        10:53:35

14       Q.  If you had known about the security breaches      10:53:35

15   we've alleged in this litigation, would you ever have     10:53:38

16   been a paid subscriber of Zoosk at any time?             10:53:42

17       A.  No.  I would have canceled right away.  I would  10:53:46

18   have canceled my subscription.                            10:53:51

19       Q.  In -- during the time of the earlier breach,     10:53:52

20   did you notice any increase in fishing e-mails or spam    10:54:25

21   e-mails on your Yahoo account that was associated --      10:54:31

22   your Yahoo e-mail account that was associated with the    10:54:35

23   Zoosk account?                                            10:54:37

24       A.  I noticed there was an increase in just like --   10:54:38

25   I want to say -- because they had my number, my phone     10:54:52

                                                    Page 74

```
 1              REPORTER'S CERTIFICATION

 2

 3        I, Michelle K. Bailey, Certified Shorthand

 4   Reporter, in and for the State of California, do hereby

 5   certify:

 6

 7         That the foregoing witness was by me duly sworn;

 8   that the deposition was then taken before me at the time

 9   and place herein set forth; that the testimony and

10   proceedings were reported stenographically by me and

11   later transcribed into typewriting under my direction;

12   that the foregoing is a true record of the testimony and

13   proceedings taken at that time.

14

15         IN WITNESS WHEREOF, I have subscribed my name this

16   27TH day of MAY, 2021.

17

18

19

20

21

                Michelle K. Bailey

22              RPR, CSR No. 10713

23

24

25

                                              Page 79
```