UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN FLORES-MENDEZ, et al.,

    Plaintiffs,

v.

ZOOSK, INC.,

    Defendant.

No. 3:20-cv-04929 WHA

**ORDER RE DEFENDANT'S MOTION TO STRIKE RESPONSE**

By 5 P.M. PST, on Wednesday, July 6, defendant shall file its opposition to the motion to strike so that the Court will have the benefit of its opposition at the time of the hearing on the Rule 23 motion.

**IT IS SO ORDERED.**

Dated: July 3, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE