UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual, and TRACEY GREENAMYER, an individual, on behalf of classes of similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZOOSK, INC.,<br><br>    Defendant. | No. C 20-04929 WHA<br><br>**ORDER RE CONTINUANCE REQUEST** |

    The jointly stipulated request for continuance is **APPROVED**. Zoosk's opposition to plaintiffs' motion to strike shall be due Friday, July 8, 2022. The motion for class certification will be heard on July 14, 2022, at 12:30 PM PST. Be advised that the calendar is crowded on that day, so hearing time is limited.

    **IT IS SO ORDERED.**

Dated: July 5, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE