**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
  kgrombacher@bradleygrombacher.com
  lking@bradleygrombacher.com

*Attorneys for Plaintiffs*
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACEY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-04929-WHA<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE UNTIMELY DISCLOSED EVIDENCE AND WITNESSES** |

**Additional Counsel for Plaintiffs and the Putative Class:**

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
        mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
(*Admitted Pro hac Vice*)
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
        rmcgee@forthepeople.com

# DECLARATION OF KILEY LYNN GROMBACHER

I, Kiley Lynn Grombacher hereby declare as follows:

1. I am a partner in the law firm Bradley/Grombacher LLP. I am counsel for Plaintiffs Tracy Greenamyer and Juan Flores-Mendez.

2. I am thoroughly familiar with, and have personal knowledge of, all of the facts set forth herein. If called as a witness, I could and would competently testify to the information set forth below.

3. I have prepared this Declaration in Support of Plaintiffs' Reply in Support Of Motion To Strike Untimely Disclosed Evidence And Witnesses, which is filed contemporaneously herewith.

4. Promptly upon discovery of issues involving the potential adequacy of Plaintiffs Collins and Flores-Mendez, counsel for Plaintiffs continued with prior efforts to interview Zoosk subscribers who could serve as substitute class representatives.

5. To this end, counsel for Plaintiffs met and conferred telephonically with counsel for Zoosk regarding Plaintiff Flores-Mendez's proposed amendment.

6. Following the conference, on February 3rd and 4th respectively, Zoosk requested and counsel for Plaintiffs provided the email address associated with Plaintiff Greenamyer's Zoosk account.

7. A true and correct copy of the email chain referenced above it attached hereto as Exhibit "A".

8. Although the parties conferred regarding Plaintiff Greenamyer joining this litigation, Zoosk never advised Plaintiffs' counsel that it had any basis to dispute that Plaintiff Greenamyer was a member of the putative class. Nor did Zoosk's counsel challenge her membership in the class (*i.e.*, standing) in its opposition to Plaintiff Flores-Mendez' Motion to Substitute

9. Given that Plaintiffs had no reason to believe Zoosk would challenge Plaintiff Greenamyer's membership in the class, nor did they have access to Zoosk's records which would have placed them on notice of such potential defense, they terminated vetting interviews with other potential class representatives.

10. Presently, however, at least one individual has committed to serving as a class representative should the Court find Plaintiff Greenamyer cannot serve in her proposed role.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed July 13, 2022 in Westlake Village, California.

/s/ *Kiley Grombacher*
Kiley Grombacher