1 **ORRICK, HERRINGTON & SUTCLIFFE LLP**
DOUGLAS H. MEAL (*admitted pro hac vice*)

2 dmeal@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)

3 rharlow@orrick.com
MATTHEW D. LABRIE (*admitted pro hac vice*)

4 mlabrie@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

5 The Orrick Building
405 Howard Street

6 San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700

7 Facsimile:    +1 415 773 5759

8 Attorneys for Defendant
Zoosk, Inc.

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | JUAN FLORES-MENDEZ, an individual and | Case No. 3:20-cv-4929-WHA |
TRACY GREENAMYER, an individual, and

14 | on behalf of classes of similarly situated | **DEFENDANT ZOOSK INC.'S NOTICE** |
individuals, | **OF MOTION AND MOTION FOR**

15 | | **SUMMARY JUDGMENT** |

16                 Plaintiffs,         Date:     Thursday September 15, 2022
Time:     8:00 a.m.

17         v.                          Judge:    Hon. William H. Alsup
Trial Date: October 17, 2022

18 ZOOSK, INC., a Delaware corporation,   Date Action Filed: July 22, 2020

                Defendant.

19

20

...

28

1

## NOTICE OF MOTION AND MOTION

2

## TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

3        PLEASE TAKE NOTICE that on September 15, 2022 at 8:00 am, or as soon thereafter as

4   the matter may be heard in the above-entitled Court, Defendant Zoosk, Inc. hereby moves for an

5   order for summary judgment on all claims herein.  This request is based on this Notice of Motion

6   and Motion, Memorandum of Points and Authorities, the Declarations of Douglas H. Meal and

7   exhibits thereto, all filed concurrently herewith, and all pleadings and other papers in the record.

8

9   Dated: August 11, 2022                    DOUGLAS H. MEAL
                                               REBECCA HARLOW
                                               MATTHEW D. LABRIE
10                                             Orrick, Herrington & Sutcliffe LLP

11

12                                             By:      */s/ Douglas H. Meal*
                                                        DOUGLAS H. MEAL
13                                                      Attorneys for Defendant
                                                        Zoosk, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZOOSK INC.'S NOTICE OF MOTION &
MOTION FOR SUMMARY JUDGMENT
3:20-CV-4929-WHA