**ORRICK, HERRINGTON & SUTCLIFFE LLP**
DOUGLAS H. MEAL (*admitted pro hac vice*)
dmeal@orrick.com
REBECCA HARLOW (CA BAR NO. 281931)
rharlow@orrick.com
MATTHEW D. LABRIE (*admitted pro hac vice*)
mlabrie@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
ZOOSK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACY GREENAMYER, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-4929-WHA<br><br>**DECLARATION OF DOUGLAS H. MEAL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  Thursday September 15, 2022<br>Time:  8:00 a.m.<br>Judge:  Hon. William H. Alsup<br>Trial Date: October 17, 2022<br>Date Action Filed: July 22, 2020 |

DECL. OF DOUGLAS H. MEAL ISO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT
3:20-cv-4929-WHA

I, Douglas H. Meal, declare:

1. I am a member of the Bar of the Commonwealth of Massachusetts and am admitted *pro hac vice* in the above-captioned action as counsel for Defendant, Zoosk, Inc. ("Zoosk"). I make this declaration in support of Defendant's Motion for Summary Judgment. I make this declaration based on my own personal knowledge and/or my examination of records that are kept by my firm in the regular course of business. If called to testify as a witness to these matters, I could do so competently.

2. Plaintiffs Juan Flores-Mendez and Amber Collins initiated this action on July 20, 2020, asserting four causes of action against Zoosk and its ultimate parent in Germany Spark Networks SE ("Spark") for negligence, declaratory judgment, violation of the California Consumer Privacy Act, Cal. Civ. Code § 1798.150 ("CCPA"), and violation of the California Unfair Competition Law, Cal. Business & Professions Code § 17200 *et seq.* ("UCL"). ECF No. 1.

3. After Zoosk and Spark moved to dismiss, Plaintiffs filed a First Amended Complaint rather than oppose the motion. ECF No. 46. Zoosk again moved to dismiss, and the Court granted in part and denied in part Zoosk's motion, dismissing the UCL claim and denying as moot the motion as to the CCPA claim, which Plaintiffs had agreed to dismiss with prejudice. ECF No. 61.[1]

4. Zoosk answered the First Amended Complaint and asserted various affirmative defenses. ECF No. 67.

5. Plaintiffs then filed a Second Amended Complaint, retaining the negligence claim and attempting to replead the UCL claim that had been dismissed. ECF No. 77. Zoosk moved to dismiss the re-pleaded UCL claim, which the Court granted. ECF No. 93.

6. Plaintiffs tried again with the Third Amended Complaint, which was then replaced by a Fourth Amended Complaint that changed out Plaintiff Collins – then incarcerated on drug-related offenses – for Plaintiff Greenamyer. ECF Nos. 142, 191. Zoosk answered the Fourth Amended Complaint, asserting many of the same affirmative defenses that had appeared in its

---

[1] The Court held Spark's motion to dismiss on jurisdictional grounds in abeyance pending discovery, while ruling on Zoosk's motion. *See* ECF No. 61 at 8. Plaintiffs subsequently voluntarily dismissed Spark. ECF No. 75.

1 answer to the First Amended Complaint. ECF No. 197.

2       7.     Plaintiff Greenamyer moved for certification of several classes with her as sole class representative because of adequacy concerns regarding Plaintiff Flores-Mendez. ECF No. 200. On July 27, 2022, the Court denied the motion because Plaintiff Greenamyer had agreed to an enforceable class action waiver in Zoosk's Terms of Use. ECF No. 234.

      8.     Plaintiff Greenamyer never produced an email notice of the Intrusion from Zoosk in response to Defendant's Requests for Production, Set One or otherwise.

      9.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Deposition Transcript of Plaintiff Juan Flores-Mendez dated January 20, 2022.

      10.     Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Deposition Transcript of Plaintiff Tracy Greenamyer dated May 25, 2022.

      11.     Attached hereto as **Exhibit C** is a true and correct copy of screen shots of a PayPal transaction receipt that Plaintiff Flores-Mendez produced bearing Bates number FLORES-MENDEZ000013 and that was marked as Exhibit 18 at his deposition.

      12.     Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff Greenamyer's receipt from Apple dated October 4, 2015, for the purchase of a subscription to Zoosk for $29.99 that Plaintiff Greenamyer produced bearing Bates number GREENAMYER000001 and that was marked as Exhibit 36 at her deposition. Greenamyer produced no documentation for any of the ongoing or subsequent subscription payments she claims to have made to Zoosk.

      13.     Attached hereto as **Exhibit E** is a true and correct copy of Defendant's forensic expert Mahmoud El Halabi of Stroz Freidberg's report dated June 1, 2022.

      14.     Attached hereto as **Exhibit F** is a true and correct copy of screen shots of an email from Zoosk to Plaintiff Flores-Mendez with the subject "Notice of Data Security Event" dated June 6, 2020 that Plaintiff Flores-Mendez produced bearing Bates numbers FLORES-MENDEZ000014–FLORES-MENDEZ000023 and that was marked as Exhibit 22 at his deposition.

      15.     Attached hereto as **Exhibit G** is a true and correct copy of Defendant's expert

1  Mahmoud El Halabi of Stroz Freidberg's supplemental report dated August 10, 2022.

2      16.    Attached hereto as **Exhibit H** is a true and correct copy of the messages between
3  Plaintiff Greenamyer and Zoosk Customer Support dated May 25, 2021, that Plaintiff Greenamyer
4  produced bearing Bates numbers GREENAMYER000004–GREENAMYER000005 and that was
5  marked as Exhibit 37 at her deposition.

6      17.    Attached hereto as **Exhibit I** is a true and correct copy of excerpts of Plaintiff Tracy
7  Greenamyer's Verified Responses to Zoosk's Special Interrogatories, Set One, dated May 11, 2022.

8      18.    Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of
9  Matthew Strebe in Support of Plaintiffs' Motion for Class Certification dated April 28, 2022, served
10 on Zoosk on April 29, 2022.

11     19.    Attached hereto as **Exhibit K** is a true and correct copy of the Expert Rebuttal
12 Report of Matthew Strebe dated June 8, 2022.

13     20.    Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the Deposition
14 Transcript of Matthew Strebe dated June 22, 2022.

15     21.    Attached hereto as **Exhibit M** is a true and correct copy of the Expert Report of
16 Gary D. Olsen dated April 29, 2022.

17     22.    Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the Deposition
18 Transcript of Gary D. Olsen dated June 20, 2022.

19     23.    Attached hereto as **Exhibit O** is a true and correct copy of Plaintiff Juan Flores-
20 Mendez's Fourth Supplemental Responses to Zoosk's Special Interrogatories, Set One, dated
21 March 11, 2022.

22     24.    Attached hereto as **Exhibit P** is a true and correct copy of Plaintiffs' Second
23 Amended Initial Disclosures Pursuant to Fed. Civ. R. Proc. 26(a)(1)(A).

24     25.    Attached hereto as **Exhibit Q** is a true and correct copy of the Declaration of Conor
25 Callahan in Support of Defendant's Motion for Summary Judgment dated August 9, 2022.

26     26.    Attached hereto as **Exhibit R** is a true and correct copy of the Declaration of
27 Constantin Garcev in Support of Defendant's Motion for Summary Judgment dated August 10,

28

DECL. OF DOUGLAS H. MEAL ISO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT
3:20-CV-4929-WHA

2022.

27. Attached hereto as **Exhibit S** is a true and correct copy of the Declaration of James Grant Kessler in Support of Defendant's Motion for Summary Judgment dated August 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August 2022, at Boston, Massachusetts.

*/s/ Douglas H. Meal*
DOUGLAS H. MEAL