**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq.  (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:   (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com
         lking@bradleygrombacher.com

*Attorneys for Plaintiffs*
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACY GREENAMYER, an individual, on behalf of classes of similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | **CASE NO: 3:20-cv-04929-WHA**<br><br>**Assigned to Hon. William Alsup**<br><br>**CR 12 19th Fl**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO BRIEFLY CONTINUE SUMMARY JUDGMENT BRIEFING AND HEARING DATES**<br><br>Complaint filed July 22, 2020<br>First Amend. Comp. filed October 30, 2020<br>Second Amend. Complaint filed July 28, 2021 |

**Additional Counsel for Plaintiffs and the Putative Class:**

**CROSNER LEGAL P.C.**
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SBN 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4818
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
          mike@crosnerlegal.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
(*Admitted Pro hac Vice*)
John A. Yanchunis (FL Bar No. 234681)
Ryan McGee (FL Bar No. 64957)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
          rmcgee@forthepeople.com

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO BRIEFLY CONTINUE SUMMARY
JUDGMENT BRIEFING AND HEARING DATES
Case No. 3:20-cv-04929-WHA

Pursuant to the stipulation of the Parties, the Court hereby **ORDERS** that:

1. Plaintiff's opposition to Zoosk's Motion for Summary Judgement shall be due on or before September 8, 2022;

2. Zoosk's Reply shall be due on September 15, 2022;

3. The hearing on Zoosk's Motion for Summary Judgment shall be September 29, 2022; and

4. All other currently scheduled dates and deadlines in this action shall remain as currently scheduled.

IT IS SO ORDERED.

DATED: August 25, 2022

**HON. WILLIAM H. ALSUP**
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO BRIEFLY CONTINUE SUMMARY
JUDGMENT BRIEFING AND HEARING DATES
Case No. 3:20-cv-04929-WHA