1  DOUGLAS H. MEAL (*admitted pro hac vice*)
   dmeal@orrick.com
2  REBECCA HARLOW (SBN 281931)
   rharlow@orrick.com
3  MATTHEW D. LABRIE (*admitted pro hac vice*)
   mlabrie@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:      +1 415 773 5700
   Facsimile:      +1 415 773 5759

Attorneys for Defendant
ZOOSK, INC.

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Seq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-mail:
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (*admitted pro hac vice*)
Ryan McGee (*admitted pro hac vice*)
201 N Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com
        rmcgee@forthepeople.com

CROSNER LEGAL P.C.
Zachary M. Crosner (SBN 272295)
Michael R. Crosner (SNC 41299)
433 N. Camden Dr., Suite 400
Beverly Hills, CA 90210
Telephone: (310) 496-4848
Facsimile: (310) 510-6429
Email: zach@crosnerlegal.com
        mike@crosnerlegal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES-MENDEZ, an individual and TRACY GREENAMYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOSK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-4929-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 22, 2020 |

1  IT IS HEREBY STIPULATED by and between Plaintiffs Juan Flores-Mendez and Tracy
2  Greenamyer (collectively, the "Plaintiffs") and Defendant Zoosk, Inc. ("Zoosk," and together
3  with Plaintiffs, the "Parties"), through their undersigned counsel, that this action is dismissed with
4  prejudice and waiving all rights of appeal (including without limitation any right of appeal
5  pursuant to Federal Rule of Civil Procedure 23(f) of the Court's order denying class certification
6  in this Action), and with each party to bear its own fees and costs, pursuant to Federal Rule of
7  Civil Procedure 41(a)(1)(A)(ii) & (B).

   IT IS SO STIPULATED.

Dated: September 8, 2022                MORGAN & MORGAN
                                        COMPLEX LITIGATION GROUP


                                        By: __/s/ John A. Yanchunis_____
                                               JOHN A. YANCHUNIS
                                               Attorneys for Plaintiffs



Dated: September 8, 2022                BRADLEY/GROMBACHER, LLP


                                        By: __/s/ Kiley L. Grombacher_____
                                               KILEY L. GROMBACHER
                                               Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: September 8, 2022 | CROSNER LEGAL P.C. |
| 3 | | By: __/s/Zachary M. Crosner_____ |
| 4 | | ZACHARY M. CROSNER<br>Attorneys for Plaintiffs |
| 7 | Dated: September 8, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | | By: _/s/ Douglas H. Meal_____<br>DOUGLAS H. MEAL<br>Attorneys for Defendant |

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  September 8, 2022            By:  */s/ Douglas H. Meal*
                                          DOUGLAS H. MEAL