| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 27 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TRACY GREENAMYER,

    Plaintiff-Petitioner,

v.

ZOOSK, INC., a Delaware corporation,

    Defendant-Respondent.

No. 22-80078

D.C. No. 3:20-cv-04929-WHA
Northern District of California,
San Francisco

ORDER

The stipulated motion to voluntarily withdraw the petition for permission to appeal (Docket Entry No. 3) is granted. This petition is deemed withdrawn. *See* Fed. R. App. P. 42(b).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ashley Banks
Deputy Clerk
Ninth Circuit Rule 27-7

AB/MOATT